UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA SCHWAB, et al., individually and on behalf of all others similarly situated,  ) ) ) | |
| Plaintiffs,  ) ) | Civil Action No. CV-04-1945 |
| v.  ) ) ) | |
| PHILIP MORRIS USA, INC., et al.  ) ) | |
| Defendants.  ) ) ) | |

**DECLARATION OF JENNIFER A. KARMONICK IN SUPPORT OF
DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION**

I, Jennifer A. Karmonick, hereby declare and state as follows:

1.      I am an attorney the law firm of Arnold & Porter LLP, who represents defendant Philip Morris USA Inc. in this action.

2.      Attached to this declaration are true and correct copies of the following exhibits:

    Exhibit  1      Expert Report of Peter C. English

    Exhibit  2      Declaration of Peter Valberg

    Exhibit  3      Affidavit of David W. Stewart

    Exhibit  4      Declaration of Bruce Neidle

    Exhibit  5      Declaration of Bruce M. Owen

    Exhibit  6      Declaration of Kevin Murphy

    Exhibit  7      Declaration of William Wecker

Exhibit    8      Expert Report of George Seiden

Exhibit    9      Affidavit of Jeffery Gentry

Exhibit    10     Affidavit of Michael Schaller

Exhibit    11     Deposition of Richard Pollay

Exhibit    12     Deposition of Joel Cohen

Exhibit    13     Deposition of K. Michael Cummings

Exhibit    14     Deposition of Jeffrey Harris

Exhibit    15     Deposition of Jack Henningfield

Exhibit    16     Deposition of Neal Benowitz

Exhibit    17     Deposition of David Burns

Exhibit    18     Deposition of Michael Thun

Exhibit    19     *Simms v. Philip Morris, Inc.*, No. 01-1107 (GK), slip op. (D.D.C. Feb. 10, 2003)

Exhibit    20     *NCI Monograph 7:  The FTC Cigarette Test Method for Determining Tar, Nicotine, and Carbon Monoxide Yields of U.S. Cigarettes* (1996)

Exhibit    21     Deposition of C. Lee Peeler, *United States v. Philip Morris Inc.,* Civil Action No. 99-CV-02496 (D.D.C. July 30 – Aug. 1, 2002)

Exhibit    22     Deposition of Joseph Mulholland, *United States v. Philip Morris Inc.,* Civil Action No. 99-CV-02496 (D.D.C. Sept. 4, 2002)

Exhibit    23     Trial Test. of Joseph Mulholland *United States v. Philip Morris Inc.,* Civil Action No. 99-CV-02496 (D.D.C. Apr. 25, 2005)

Exhibit    24     Deposition of Robert Proctor

Exhibit    25     National Cancer Institute, *Monograph 13:  Risks Associated With Smoking Cigarettes With Low Machine-Measured Yields Of Tar And Nicotine* (2001) ("Monograph 13")

Exhibit    26     Fed. Reg. 11178 (Aug 1, 1967)

Exhibit   27   Memorandum from Bryan Jacques, Director of Bureau of Industry Guidance to FTC (June 1, 1962) (FTCDOCS-0122-0004)

Exhibit   28   Testimony of James K. Sorenson, *In the Matter of: Methods to be Employed in Determining Tar and Nicotine Content of Cigarettes*(Nov. 30, 1966)

Exhibit   29   Letter from Carol M. Thomas to Michael I. Gastman (Sep. 26, 1978) (TIMN 0063432)

Exhibit   30   70 Fed. Reg. 6878 (Feb. 9, 2005)

Exhibit   31   Industry Agreement on Advertising Disclosure of Federal Trade Commission Test Determinations of Tar and Nicotine Content (Sept. 23, 1970)

Exhibit   32   Information for Smokers, PM USA

Exhibit   33   In re Petition for Rulemaking Concerning Tar and Nicotine Testing and Disclosure (filed Sept. 18, 2002)

Exhibit   34   FTC Press Release, Statement of the FTC's Bureau of Consumer Protection on the National Cancer Institute's Report on Cigarette Testing Method (Nov. 27, 2001)

Exhibit   35   PM USA's Links To Sources Of Information About Quitting Smoking

Exhibit   36   http://www.philipmorrisusa.com/en/health_issues/low_tar_cigarettes.asp

Exhibit   37   Peto & Lopez, *The Future Worldwide Health Effects Of Current Smoking Patterns*, in TOBACCO AND PUBLIC HEALTH:  SCIENCE AND POLICY (2004)

Exhibit   38   Deposition of Barbara Bishop **(FILED UNDER SEAL)**

Exhibit   39   Deposition of James Lee Sherman **(FILED UNDER SEAL)**

Exhibit   40   Deposition of Fergal Furlong

Exhibit   41   Deposition of Patricia Scocozza

Exhibit   42   Deposition of Barbara Schwab

Exhibit   43   Deposition of David Rogers **(FILED UNDER SEAL)**

Exhibit    44    Deposition of Emily Zimmatore, *Piscetta v. Philip Morris USA Inc.*, No. 03VS048475J (Ga. Super. Ct. June 9, 2005)

Exhibit    45    Deposition of William Creech, *Mittman v. Am. Tobacco Co.*, No. 10034/97 (N.Y. Sup. Ct. July 5, 2000)

Exhibit    46    Deposition of Carol Walgreen, *Walgreen v. Am. Tobacco Co.*, No. 102814/02 (N.Y. Sup. Ct. Dec. 17, 1999)

Exhibit    47    Deposition of Meriam Spires, *WV-OH Valley IBEW v. Am. Tobacco Co.*, No. 2-97-0978 (S.D.W.Va. July 13, 1999)

Exhibit    48    Deposition of Stanley Rowe, *WV-OH Valley IBEW v. Am. Tobacco Co.*, No. 2-97-0978 (S.D.W.Va. July 6, 1999)

Exhibit    49    Deposition of Janet Lee, *WV-OH Valley IBEW v. Am. Tobacco Co.*, No. 2-97-0978 (S.D.W.Va. June 1, 1999)

Exhibit    50    Deposition of Lori Mendenhall, *WV-OH Valley IBEW v. Am. Tobacco Co.*, No. 2-97-0978 (S.D.W.Va. July 29, 1999)

Exhibit    51    Deposition of Eugene Palmer, *WV-OH Valley IBEW v. Am. Tobacco Co..* No. 2-97-0978 (S.D.W.Va. May 21, 1999)

Exhibit    52    Deposition of Daniel Cooper, *Cooper v. Anchor Tobacco Co.* No. 03-C-83 (W.Va. Cir. Ct. Apr. 23, 2004)

Exhibit    53    Deposition of J. Michael Dennis

Exhibit    54    Knowledge Networks Pretest Survey (CD), *Price v. Philip Morris, Inc.*, No. 00-L-112 (Ill. Cir. Ct.) **(FILED UNDER SEAL)**

Exhibit    55    Deposition of Daniel Fischer, *Fischer v. Philip Morris, Inc.*, 2001-029415 (Cal. Super. Ct. July 24, 2003)

Exhibit    56    Deposition of Daryl Songer, *Sullivan v. Philip Morris USA Inc.*, 2003-001641 (W.D. La. Dec. 21, 2004)

Exhibit    57    Sample Doral cigarette advertisement

Exhibit    58    Sample Spud cigarette advertisement

Exhibit    59    Trial Test of Richard Pollay, *Blue Cross & Blue Shield of N.J. v. Philip Morris Inc.*, CV-98-3287, (E.D.N.Y. Apr. 5, 2001)

Exhibit    60    Deposition of Laura Grandin, *Pearson v. Philip Morris, Inc.*, No. 0211-11819 (Or. Cir. Ct. Sept. 15, 2004)

4

Exhibit 61 Deposition of Marilyn Pearson, *Pearson v. Philip Morris, Inc.*, No. 0211-11819 (Or. Cir. Ct. Sept. 14, 2004)

Exhibit 62 *Miles v. Merrill Lynch Co.*, No. 04-8026, slip op. (2d Cir. June 30, 2005)

Exhibit 63 Pls. Suppl. Resps. to Def. Lorillard Tobacco Co.'s First Set of Interrogs

Exhibit 64 Brief for the United States as Amicus Curiae, *Bank of China, New York Branch v. NBM LLC*, No. 03-1559 (May 24, 2005)

Exhibit 65 Health Canada Final Report

Exhibit 66 Deposition of Peter Shields

Exhibit 67 Written Direct Test. of Neal Benowitz, *United States v. Philip Morris, Inc.* Civil Action No. 99-CV-02496, (D.D.C. Nov. 1, 2004)

Exhibit 68 Deposition of Jeffrey Harris, *Turner v. R.J. Reynolds Tobacco Co.*, No. 00-L-113 (Ill. Cir. Ct. Sept. 30, 2003)

Exhibit 69 IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 83, "Tobacco Smoke and Involuntary Smoking" (2004)

Exhibit 70 Statement from the Ad Hoc Committee of the President's Cancer Panel (Dec. 6, 1994)

Exhibit 71 Tr. Test. of Jeffrey Harris, *Price v. Philip Morris Inc.*, No. 00-C-112 (Ill. Cir. Ct. Feb. 6, 2003)

Exhibit 72 Compl., *Aspinall v. Philip Morris Cos.*, No. 98-6002-H (Mass. Super. Ct. filed Nov. 25, 1998)

Exhibit 73 Compl., *Marrone v. Philip Morris Cos.*, No. 99 CIV 0954, (Ohio Ct. Com. Pl. filed Nov. 8, 1999)

Exhibit 74 Compl., *Gesser v. Philip Morris Cos.*, No. MSX-L-1526-99, (N.J. Super. Ct. filed July 9, 1998)

Exhibit 75 Compl., *McClure v. Altria Group Inc.*, No. 99C148, (Tenn. Cir. Ct. filed Jan. 19, 1999)

Exhibit 76 Compl., *Trombino v. R.J. Reynolds Tobacco Co.*, No. L11263-98 (N.J. Super. Ct. filed Nov. 18, 1998)

Exhibit 77  Compl., *Oliver v. R.J. Reynolds Tobacco Co.*, No. 268 (Pa. Ct. Com. Pl. filed Mar. 6, 1998)

Exhibit 78  Class Action Compl., *Allman v. Philip Morris, Inc.*, No. 94-0504-IEG (S.D. Cal. filed Mar. 30, 1994)

Exhibit 79  Compl., *Blue Cross & Blue Shield of N.J. v. Philip Morris Inc.*, CV-98-3287 (E.D.N.Y. filed Apr. 29, 1998)

Exhibit 80  Compl., *Commonwealth of Massachusetts v. Philip Morris Inc.*, No. 95-7378 (Mass. Super. Ct. filed Dec. 19, 1995)

Exhibit 81  First Am. Compl. and Election for Jury Trial, *State of Maryland v. Philip Morris Inc.* No. 96-122017, (Md. Cir. Ct. filed May 1, 1996)

Exhibit 82  Second Am. Compl., *State of Oregon v. Philip Morris*, No. 9706-04457, (Or. Cir. Ct. filed June 10, 1997)

Exhibit 83  Deposition of John Beyer

Exhibit 84  Trial Test. of J. Michael Dennis, *Price v. Philip Morris Inc.*, 00-L-112 (Ill. Cir. Ct. Feb. 7, 2003)

Exhibit 85  Trial Test. of Jeffrey Harris, *Price v. Philip Morris Inc.*, 00-L-112 (Ill. Cir. Ct. Feb.11, 2003)

Exhibit 86  Peter A. Diamond & Jerry A. Hausman, *On Contingent Valuation Measurement of Nonuse Values, in* Contingent Valuation: A Critical Assessment (J.A. Hausman, ed. 1993)

Exhibit 87  *Hines v. Philip Morris Cos. Inc.*, No. CL 01-1882AF (Florida)

Exhibit 88  *Collora v. R.J. Reynolds Tobacco Co.*, No. 002-00732 (Missouri)

Exhibit 89  *Craft v. Philip Morris Cos., Inc.*, No. 002-004-6A (Missouri)

Exhibit 90  *Tremblay v. Philip Morris Inc.*, No. 02-C-0204 (New Hampshire)

Exhibit 91  *Stern v. Philip Morris USA Inc.*, L-2584-03 (New Jersey)

Exhibit 92  *Moore v. Philip Morris Inc.*, 01-C-125K (West Virginia)

Exhibit 93  *Phillips v. Philip Morris Cos.*, 01 CIV 0413 (Ohio)

Exhibit 94  *Compl., Price v. Philip Morris Cos.*, No. 00-L-112 (Illinois)

Exhibit  95    *Correspondence, Price v. Philip Morris Cos.*, No. 00-L-112 (Illinois)

Exhibit  96    Class Action Complaint, *Simms v. Philip Morris, Inc.*, No. 1:01CV01107, (D.D.C. May 5, 2001)

Exhibit  97    *Curtis v. Philip Morris Cos., Inc.*, No. PI 01-18042 (Minnesota)

Exhibit  98    *Black v. Brown & Williamson Tobacco Co.*, No. 002-08526 (Missouri)

Exhibit  99    *Turner v. R.J. Reynolds Tobacco Co.*, No. 00 L 113 (Illinois)

Exhibit  100   *Howard v. Brown & Williamson Tobacco Co.*, No. 00 L 136 (Illinois)

Exhibit  101   *Dahl v. R.J. Reynolds Tobacco Co.*, MC 03-005582 (Minnesota)

Exhibit  102   Tr. of Proceedings, *Blue Cross & Blue Shield of N.J. v. Philip Morris Inc.*, CV-98-3287 (E.D.N.Y. June 12, 2000)

Exhibit  103   Trial Test. of Joel Cohen, *Price v. Philip Morris Inc.*, 00-L-112 (Ill. Cir. Ct. Feb. 4, 2003)

Exhibit  104   Deposition of Jeffrey Harris, *Price v. Philip Morris Co., No. 00-L-112* (Ill. Cir. Ct. July 24, 2002)

Exhibit  105   Deposition of George Mueller, *Mueller v. Philip Morris Inc.*, No. 2:01cv5002 (D.N.J. June 19, 2002))

I declare under penalty of perjury that the foregoing is true and correct. This declaration was signed by me on the 11th day of July 2005, in Washington, D.C.

Jennifer A. Karmonick

7