UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BARBARA SCHWAB, et al., individually and
on behalf of all others similarly situated,   )
                                               )
              Plaintiffs,                      )   Civil Action No. CV-04-1945
                                               )
       v.                                      )
                                               )
PHILIP MORRIS USA, INC., et al.                )
                                               )
              Defendants.                      )
                                               )
                                               )

DECLARATION OF JENNIFER A. KARMONICK IN SUPPORT OF
DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION

I, Jennifer A. Karmonick, hereby declare and state as follows:

1.     I am an attorney the law firm of Arnold & Porter LLP, who represents

defendant Philip Morris USA Inc. in this action.

2.     Attached to this declaration are true and correct copies of the following

exhibits:

            Exhibit   1     Expert Report of Peter C. English

            Exhibit   2     Declaration of Peter Valberg

            Exhibit   3     Affidavit of David W. Stewart

            Exhibit   4     Declaration of Bruce Neidle

            Exhibit   5     Declaration of Bruce M. Owen

            Exhibit   6     Declaration of Kevin Murphy

            Exhibit   7     Declaration of William Wecker

Exhibit   8       Expert Report of George Seiden

Exhibit   9       Affidavit of Jeffery Gentry

Exhibit   10      Affidavit of Michael Schaller

Exhibit   11      Deposition of Richard Pollay

Exhibit   12      Deposition of Joel Cohen

Exhibit   13      Deposition of K. Michael Cummings

Exhibit   14      Deposition of Jeffrey Harris

Exhibit   15      Deposition of Jack Henningfield

Exhibit   16      Deposition of Neal Benowitz

Exhibit   17      Deposition of David Burns

Exhibit   18      Deposition of Michael Thun

Exhibit   19      *Simms v. Philip Morris, Inc.*, No. 01-1107 (GK), slip op. (D.D.C. Feb. 10, 2003)

Exhibit   20      *NCI Monograph 7: The FTC Cigarette Test Method for Determining Tar, Nicotine, and Carbon Monoxide Yields of U.S. Cigarettes* (1996)

Exhibit   21      Deposition of C. Lee Peeler, *United States v. Philip Morris Inc.*, Civil Action No. 99-CV-02496 (D.D.C. July 30 – Aug. 1, 2002)

Exhibit   22      Deposition of Joseph Mulholland, *United States v. Philip Morris Inc.*, Civil Action No. 99-CV-02496 (D.D.C. Sept. 4, 2002)

Exhibit   23      Trial Test. of Joseph Mulholland *United States v. Philip Morris Inc.*, Civil Action No. 99-CV-02496 (D.D.C. Apr. 25, 2005)

Exhibit   24      Deposition of Robert Proctor

Exhibit   25      National Cancer Institute, *Monograph 13: Risks Associated With Smoking Cigarettes With Low Machine-Measured Yields Of Tar And Nicotine* (2001) ("Monograph 13")

Exhibit   26      Fed. Reg. 11178 (Aug 1, 1967)

2

Exhibit   27      Memorandum from Bryan Jacques, Director of Bureau of Industry Guidance to FTC (June 1, 1962) (FTCDOCS-0122-0004)

Exhibit   28      Testimony of James K. Sorenson, *In the Matter of: Methods to be Employed in Determining Tar and Nicotine Content of Cigarettes*(Nov. 30, 1966)

Exhibit   29      Letter from Carol M. Thomas to Michael I. Gastman (Sep. 26, 1978) (TIMN 0063432)

Exhibit   30      70 Fed. Reg. 6878 (Feb. 9, 2005)

Exhibit   31      Industry Agreement on Advertising Disclosure of Federal Trade Commission Test Determinations of Tar and Nicotine Content (Sept. 23, 1970)

Exhibit   32      Information for Smokers, PM USA

Exhibit   33      In re Petition for Rulemaking Concerning Tar and Nicotine Testing and Disclosure (filed Sept. 18, 2002)

Exhibit   34      FTC Press Release, Statement of the FTC's Bureau of Consumer Protection on the National Cancer Institute's Report on Cigarette Testing Method (Nov. 27, 2001)

Exhibit   35      PM USA's Links To Sources Of Information About Quitting Smoking

Exhibit   36      http://www.philipmorrisusa.com/en/health_issues/low_tar_ cigarettes.asp

Exhibit   37      Peto & Lopez, *The Future Worldwide Health Effects Of Current Smoking Patterns*, in TOBACCO AND PUBLIC HEALTH: SCIENCE AND POLICY (2004)

Exhibit   38      Deposition of Barbara Bishop **(FILED UNDER SEAL)**

Exhibit   39      Deposition of James Lee Sherman **(FILED UNDER SEAL)**

Exhibit   40      Deposition of Fergal Furlong

Exhibit   41      Deposition of Patricia Scocozza

Exhibit   42      Deposition of Barbara Schwab

Exhibit   43      Deposition of David Rogers **(FILED UNDER SEAL)**

Exhibit  44  Deposition of Emily Zimmatore, *Piscetta v. Philip Morris USA Inc.*, No. 03VS048475J (Ga. Super. Ct. June 9, 2005)

Exhibit  45   Deposition of William Creech, *Mittman v. Am. Tobacco Co.*, No. 10034/97 (N.Y. Sup. Ct. July 5, 2000)

Exhibit  46  Deposition of Carol Walgreen, *Walgreen v. Am. Tobacco Co.*, No. 102814/02 (N.Y. Sup. Ct. Dec. 17, 1999)

Exhibit  47  Deposition of Meriam Spires, *WV-OH Valley IBEW v. Am. Tobacco Co.*, No. 2-97-0978 (S.D.W.Va. July 13, 1999)

Exhibit  48  Deposition of Stanley Rowe, *WV-OH Valley IBEW v. Am. Tobacco Co.*, No. 2-97-0978 (S.D.W.Va. July 6, 1999)

Exhibit  49  Deposition of Janet Lee, *WV-OH Valley IBEW v. Am. Tobacco Co.*, No. 2-97-0978 (S.D.W.Va. June 1, 1999)

Exhibit  50  Deposition of Lori Mendenhall, *WV-OH Valley IBEW v. Am. Tobacco Co.*, No. 2-97-0978 (S.D.W.Va. July 29, 1999)

Exhibit  51  Deposition of Eugene Palmer, *WV-OH Valley IBEW v. Am. Tobacco Co..* No. 2-97-0978 (S.D.W.Va. May 21, 1999)

Exhibit  52  Deposition of Daniel Cooper, *Cooper v. Anchor Tobacco Co.* No. 03-C-83 (W.Va. Cir. Ct. Apr. 23, 2004)

Exhibit  53  Deposition of J. Michael Dennis

Exhibit  54  Knowledge Networks Pretest Survey (CD), *Price v. Philip Morris, Inc.*, No. 00-L-112 (Ill. Cir. Ct.) **(FILED UNDER SEAL)**

Exhibit  55  Deposition of Daniel Fischer, *Fischer v. Philip Morris, Inc.*, 2001-029415 (Cal. Super. Ct. July 24, 2003)

Exhibit  56  Deposition of Daryl Songer, *Sullivan v. Philip Morris USA Inc.*, 2003-001641 (W.D. La. Dec. 21, 2004)

Exhibit  57  Sample Doral cigarette advertisement

Exhibit  58  Sample Spud cigarette advertisement

Exhibit  59  Trial Test of Richard Pollay, *Blue Cross & Blue Shield of N.J. v. Philip Morris Inc.*, CV-98-3287, (E.D.N.Y. Apr. 5, 2001)

Exhibit  60  Deposition of Laura Grandin, *Pearson v. Philip Morris, Inc.*, No. 0211-11819 (Or. Cir. Ct. Sept. 15, 2004)

4

Exhibit    61    Deposition of Marilyn Pearson, *Pearson v. Philip Morris, Inc.*, No. 0211-11819 (Or. Cir. Ct. Sept. 14, 2004)

Exhibit    62    *Miles v. Merrill Lynch Co.*, No. 04-8026, slip op. (2d Cir. June 30, 2005)

Exhibit    63    Pls. Suppl. Resps. to Def. Lorillard Tobacco Co.'s First Set of Interrogs

Exhibit    64    Brief for the United States as Amicus Curiae, *Bank of China, New York Branch v. NBM LLC*, No. 03-1559 (May 24, 2005)

Exhibit    65    Health Canada Final Report

Exhibit    66    Deposition of Peter Shields

Exhibit    67    Written Direct Test. of Neal Benowitz, *United States v. Philip Morris, Inc.* Civil Action No. 99-CV-02496, (D.D.C. Nov. 1, 2004)

Exhibit    68    Deposition of Jeffrey Harris, *Turner v. R.J. Reynolds Tobacco Co.*, No. 00-L-113 (Ill. Cir. Ct. Sept. 30, 2003)

Exhibit    69    IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 83, "Tobacco Smoke and Involuntary Smoking" (2004)

Exhibit    70    Statement from the Ad Hoc Committee of the President's Cancer Panel (Dec. 6, 1994)

Exhibit    71    Tr. Test. of Jeffrey Harris, *Price v. Philip Morris Inc.*, No. 00-C-112 (Ill. Cir. Ct. Feb. 6, 2003)

Exhibit    72    Compl., *Aspinall v. Philip Morris Cos.*, No. 98-6002-H (Mass. Super. Ct. filed Nov. 25, 1998)

Exhibit    73    Compl., *Marrone v. Philip Morris Cos.*, No. 99 CIV 0954, (Ohio Ct. Com. Pl. filed Nov. 8, 1999)

Exhibit    74    Compl., *Gesser v. Philip Morris Cos.*, No. MSX-L-1526-99, (N.J. Super. Ct. filed July 9, 1998)

Exhibit    75    Compl., *McClure v. Altria Group Inc.*, No. 99C148, (Tenn. Cir. Ct. filed Jan. 19, 1999)

Exhibit    76    Compl., *Trombino v. R.J. Reynolds Tobacco Co.*, No. L11263-98 (N.J. Super. Ct. filed Nov. 18, 1998)

Exhibit    77    Compl., *Oliver v. R.J. Reynolds Tobacco Co.*, No. 268 (Pa. Ct. Com. Pl. filed Mar. 6, 1998)

Exhibit    78    Class Action Compl., *Allman v. Philip Morris, Inc.*, No. 94-0504-IEG (S.D. Cal. filed Mar. 30, 1994)

Exhibit    79    Compl., *Blue Cross & Blue Shield of N.J. v. Philip Morris Inc.*, CV-98-3287  (E.D.N.Y. filed Apr. 29, 1998)

Exhibit    80    Compl., *Commonwealth of Massachusetts v. Philip Morris Inc.*, No. 95-7378 (Mass. Super. Ct. filed Dec. 19, 1995)

Exhibit    81    First Am. Compl. and Election for Jury Trial, *State of Maryland v. Philip Morris Inc.* No. 96-122017, (Md. Cir. Ct. filed May 1, 1996)

Exhibit    82    Second Am. Compl., *State of Oregon v. Philip Morris*, No. 9706-04457, (Or. Cir. Ct. filed June 10, 1997)

Exhibit    83    Deposition of John Beyer

Exhibit    84    Trial Test. of J. Michael Dennis, *Price v. Philip Morris Inc.*, 00-L-112 (Ill. Cir. Ct. Feb. 7, 2003)

Exhibit    85    Trial Test. of Jeffrey Harris, *Price v. Philip Morris Inc.*, 00-L-112 (Ill. Cir. Ct. Feb.11, 2003)

Exhibit    86    Peter A. Diamond & Jerry A. Hausman, *On Contingent Valuation Measurement of Nonuse Values, in* Contingent Valuation:  A Critical Assessment (J.A. Hausman, ed. 1993)

Exhibit    87    *Hines v. Philip Morris Cos. Inc.*, No. CL 01-1882AF (Florida)

Exhibit    88    *Collora v. R.J. Reynolds Tobacco Co.*, No. 002-00732 (Missouri)

Exhibit    89    *Craft v. Philip Morris Cos., Inc.*, No. 002-004-6A (Missouri)

Exhibit    90    *Tremblay v. Philip Morris Inc.*, No. 02-C-0204 (New Hampshire)

Exhibit    91    *Stern v. Philip Morris USA Inc.*, L-2584-03 (New Jersey)

Exhibit    92    *Moore v. Philip Morris Inc.*, 01-C-125K (West Virginia)

Exhibit    93    *Phillips v. Philip Morris Cos.*, 01 CIV 0413 (Ohio)

Exhibit    94    *Compl., Price v. Philip Morris Cos.*, No. 00-L-112 (Illinois)

Exhibit  95    *Correspondence, Price v. Philip Morris Cos.*, No. 00-L-112 (Illinois)

Exhibit  96    Class Action Complaint, *Simms v. Philip Morris, Inc.*, No. 1:01CV01107, (D.D.C. May 5, 2001)

Exhibit  97    *Curtis v. Philip Morris Cos., Inc.*, No. PI 01-18042 (Minnesota)

Exhibit  98    *Black v. Brown & Williamson Tobacco Co.*, No. 002-08526 (Missouri)

Exhibit  99    *Turner v. R.J. Reynolds Tobacco Co.*, No. 00 L 113 (Illinois)

Exhibit  100   *Howard v. Brown & Williamson Tobacco Co.*, No. 00 L 136 (Illinois)

Exhibit  101   *Dahl v. R.J. Reynolds Tobacco Co.*, MC 03-005582 (Minnesota)

Exhibit  102   Tr. of Proceedings, *Blue Cross & Blue Shield of N.J. v. Philip Morris Inc.*, CV-98-3287 (E.D.N.Y. June 12, 2000)

Exhibit  103   Trial Test. of Joel Cohen, *Price v. Philip Morris Inc.*, 00-L-112 (Ill. Cir. Ct. Feb. 4, 2003)

Exhibit  104   Deposition of Jeffrey Harris, *Price v. Philip Morris Co., No. 00-L-112* (Ill. Cir. Ct. July 24, 2002)

Exhibit  105   Deposition of George Mueller, *Mueller v. Philip Morris Inc.*, No. 2:01cv5002 (D.N.J. June 19, 2002))

I declare under penalty of perjury that the foregoing is true and correct.  This declaration was signed by me on the 11th day of July 2005, in Washington, D.C.

Jennifer A. Karmonick

7