UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BARBARA SCHWAB, et al., individually and
on behalf of all others similarly situated,

        Plaintiffs,

    v.

PHILIP MORRIS USA, INC., et al.

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. CV-04-1945

## DECLARATION OF JENNIFER A. KARMONICK IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Jennifer A. Karmonick, hereby declare and state as follows:

1.    I am an attorney the law firm of Arnold & Porter LLP, who represents defendant Philip Morris USA Inc. in this action.

2.    Attached to this declaration are true and correct copies of the following exhibits:

| | | |
|---|---|---|
| Exhibit | 1 | Expert Report of Peter C. English |
| Exhibit | 2 | Declaration of Peter Valberg |
| Exhibit | 3 | Affidavit of David W. Stewart |
| Exhibit | 4 | Declaration of Bruce Neidle |
| Exhibit | 5 | Declaration of Bruce M. Owen |
| Exhibit | 6 | Declaration of Kevin Murphy |
| Exhibit | 7 | Declaration of William Wecker |

| Exhibit | 8  | Expert Report of George Seiden |
|---------|----|----|
| Exhibit | 9  | Affidavit of Jeffery Gentry |
| Exhibit | 10 | Affidavit of Michael Schaller |
| Exhibit | 11 | Deposition of Richard Pollay |
| Exhibit | 12 | Deposition of Joel Cohen |
| Exhibit | 13 | Deposition of K. Michael Cummings |
| Exhibit | 14 | Deposition of Jeffrey Harris |
| Exhibit | 15 | Deposition of Jack Henningfield |
| Exhibit | 16 | Deposition of Neal Benowitz |
| Exhibit | 17 | Deposition of David Burns |
| Exhibit | 18 | Deposition of Michael Thun |
| Exhibit | 19 | *Simms v. Philip Morris, Inc.*, No. 01-1107 (GK), slip op. (D.D.C. Feb. 10, 2003) |
| Exhibit | 20 | *NCI Monograph 7: The FTC Cigarette Test Method for Determining Tar, Nicotine, and Carbon Monoxide Yields of U.S. Cigarettes* (1996) |
| Exhibit | 21 | Deposition of C. Lee Peeler, *United States v. Philip Morris Inc.*, Civil Action No. 99-CV-02496 (D.D.C. July 30 – Aug. 1, 2002) |
| Exhibit | 22 | Deposition of Joseph Mulholland, *United States v. Philip Morris Inc.*, Civil Action No. 99-CV-02496 (D.D.C. Sept. 4, 2002) |
| Exhibit | 23 | Trial Test. of Joseph Mulholland *United States v. Philip Morris Inc.*, Civil Action No. 99-CV-02496 (D.D.C. Apr. 25, 2005) |
| Exhibit | 24 | Deposition of Robert Proctor |
| Exhibit | 25 | National Cancer Institute, *Monograph 13: Risks Associated With Smoking Cigarettes With Low Machine-Measured Yields Of Tar And Nicotine* (2001) ("Monograph 13") |
| Exhibit | 26 | Fed. Reg. 11178 (Aug 1, 1967) |

Exhibit   27      Memorandum from Bryan Jacques, Director of Bureau of Industry Guidance to FTC (June 1, 1962) (FTCDOCS-0122-0004)

Exhibit   28      Testimony of James K. Sorenson, *In the Matter of: Methods to be Employed in Determining Tar and Nicotine Content of Cigarettes*(Nov. 30, 1966)

Exhibit   29      Letter from Carol M. Thomas to Michael I. Gastman (Sep. 26, 1978) (TIMN 0063432)

Exhibit   30      70 Fed. Reg. 6878 (Feb. 9, 2005)

Exhibit   31      Industry Agreement on Advertising Disclosure of Federal Trade Commission Test Determinations of Tar and Nicotine Content (Sept. 23, 1970)

Exhibit   32      Information for Smokers, PM USA

Exhibit   33      In re Petition for Rulemaking Concerning Tar and Nicotine Testing and Disclosure (filed Sept. 18, 2002)

Exhibit   34      FTC Press Release, Statement of the FTC's Bureau of Consumer Protection on the National Cancer Institute's Report on Cigarette Testing Method (Nov. 27, 2001)

Exhibit   35      PM USA's Links To Sources Of Information About Quitting Smoking

Exhibit   36      http://www.philipmorrisusa.com/en/health_issues/low_tar_cigarettes.asp

Exhibit   37      Peto & Lopez, *The Future Worldwide Health Effects Of Current Smoking Patterns*, in TOBACCO AND PUBLIC HEALTH: SCIENCE AND POLICY (2004)

Exhibit   38      Deposition of Barbara Bishop **(FILED UNDER SEAL)**

Exhibit   39      Deposition of James Lee Sherman **(FILED UNDER SEAL)**

Exhibit   40      Deposition of Fergal Furlong

Exhibit   41      Deposition of Patricia Scocozza

Exhibit   42      Deposition of Barbara Schwab

Exhibit   43      Deposition of David Rogers **(FILED UNDER SEAL)**

Exhibit 44     Deposition of Emily Zimmatore, *Piscetta v. Philip Morris USA Inc.*, No. 03VS048475J (Ga. Super. Ct. June 9, 2005)

Exhibit 45     Deposition of William Creech, *Mittman v. Am. Tobacco Co.*, No. 10034/97 (N.Y. Sup. Ct. July 5, 2000)

Exhibit 46     Deposition of Carol Walgreen, *Walgreen v. Am. Tobacco Co.*, No. 102814/02 (N.Y. Sup. Ct. Dec. 17, 1999)

Exhibit 47     Deposition of Meriam Spires, *WV-OH Valley IBEW v. Am. Tobacco Co.*, No. 2-97-0978 (S.D.W.Va. July 13, 1999)

Exhibit 48     Deposition of Stanley Rowe, *WV-OH Valley IBEW v. Am. Tobacco Co.*, No. 2-97-0978 (S.D.W.Va. July 6, 1999)

Exhibit 49     Deposition of Janet Lee, *WV-OH Valley IBEW v. Am. Tobacco Co.*, No. 2-97-0978 (S.D.W.Va. June 1, 1999)

Exhibit 50     Deposition of Lori Mendenhall, *WV-OH Valley IBEW v. Am. Tobacco Co.*, No. 2-97-0978 (S.D.W.Va. July 29, 1999)

Exhibit 51     Deposition of Eugene Palmer, *WV-OH Valley IBEW v. Am. Tobacco Co..* No. 2-97-0978 (S.D.W.Va. May 21, 1999)

Exhibit 52     Deposition of Daniel Cooper, *Cooper v. Anchor Tobacco Co.* No. 03-C-83 (W.Va. Cir. Ct. Apr. 23, 2004)

Exhibit 53     Deposition of J. Michael Dennis

Exhibit 54     Knowledge Networks Pretest Survey (CD), *Price v. Philip Morris, Inc.*, No. 00-L-112 (Ill. Cir. Ct.) **(FILED UNDER SEAL)**

Exhibit 55     Deposition of Daniel Fischer, *Fischer v. Philip Morris, Inc.*, 2001-029415 (Cal. Super. Ct. July 24, 2003)

Exhibit 56     Deposition of Daryl Songer, *Sullivan v. Philip Morris USA Inc.*, 2003-001641 (W.D. La. Dec. 21, 2004)

Exhibit 57     Sample Doral cigarette advertisement

Exhibit 58     Sample Spud cigarette advertisement

Exhibit 59     Trial Test of Richard Pollay, *Blue Cross & Blue Shield of N.J. v. Philip Morris Inc.*, CV-98-3287, (E.D.N.Y. Apr. 5, 2001)

Exhibit 60     Deposition of Laura Grandin, *Pearson v. Philip Morris, Inc.*, No. 0211-11819 (Or. Cir. Ct. Sept. 15, 2004)

Exhibit   61   Deposition of Marilyn Pearson, *Pearson v. Philip Morris, Inc.*, No. 0211-11819 (Or. Cir. Ct. Sept. 14, 2004)

Exhibit   62   *Miles v. Merrill Lynch Co.*, No. 04-8026, slip op. (2d Cir. June 30, 2005)

Exhibit   63   Pls. Suppl. Resps. to Def. Lorillard Tobacco Co.'s First Set of Interrogs

Exhibit   64   Brief for the United States as Amicus Curiae, *Bank of China, New York Branch v. NBM LLC*, No. 03-1559 (May 24, 2005)

Exhibit   65   Health Canada Final Report

Exhibit   66   Deposition of Peter Shields

Exhibit   67   Written Direct Test. of Neal Benowitz, *United States v. Philip Morris, Inc.* Civil Action No. 99-CV-02496, (D.D.C. Nov. 1, 2004)

Exhibit   68   Deposition of Jeffrey Harris, *Turner v. R.J. Reynolds Tobacco Co.*, No. 00-L-113 (Ill. Cir. Ct. Sept. 30, 2003)

Exhibit   69   IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 83, "Tobacco Smoke and Involuntary Smoking" (2004)

Exhibit   70   Statement from the Ad Hoc Committee of the President's Cancer Panel (Dec. 6, 1994)

Exhibit   71   Tr. Test. of Jeffrey Harris, *Price v. Philip Morris Inc.*, No. 00-C-112 (Ill. Cir. Ct. Feb. 6, 2003)

Exhibit   72   Compl., *Aspinall v. Philip Morris Cos.*, No. 98-6002-H (Mass. Super. Ct. filed Nov. 25, 1998)

Exhibit   73   Compl., *Marrone v. Philip Morris Cos.*, No. 99 CIV 0954, (Ohio Ct. Com. Pl. filed Nov. 8, 1999)

Exhibit   74   Compl., *Gesser v. Philip Morris Cos.*, No. MSX-L-1526-99, (N.J. Super. Ct. filed July 9, 1998)

Exhibit   75   Compl., *McClure v. Altria Group Inc.*, No. 99C148, (Tenn. Cir. Ct. filed Jan. 19, 1999)

Exhibit   76   Compl., *Trombino v. R.J. Reynolds Tobacco Co.*, No. L11263-98 (N.J. Super. Ct. filed Nov. 18, 1998)

5

Exhibit    77    Compl., *Oliver v. R.J. Reynolds Tobacco Co.*, No. 268 (Pa. Ct. Com. Pl. filed Mar. 6, 1998)

Exhibit    78    Class Action Compl., *Allman v. Philip Morris, Inc.*, No. 94-0504-IEG (S.D. Cal. filed Mar. 30, 1994)

Exhibit    79    Compl., *Blue Cross & Blue Shield of N.J. v. Philip Morris Inc.*, CV-98-3287 (E.D.N.Y. filed Apr. 29, 1998)

Exhibit    80    Compl., *Commonwealth of Massachusetts v. Philip Morris Inc.*, No. 95-7378 (Mass. Super. Ct. filed Dec. 19, 1995)

Exhibit    81    First Am. Compl. and Election for Jury Trial, *State of Maryland v. Philip Morris Inc.* No. 96-122017, (Md. Cir. Ct. filed May 1, 1996)

Exhibit    82    Second Am. Compl., *State of Oregon v. Philip Morris*, No. 9706-04457, (Or. Cir. Ct. filed June 10, 1997)

Exhibit    83    Deposition of John Beyer

Exhibit    84    Trial Test. of J. Michael Dennis, *Price v. Philip Morris Inc.*, 00-L-112 (Ill. Cir. Ct. Feb. 7, 2003)

Exhibit    85    Trial Test. of Jeffrey Harris, *Price v. Philip Morris Inc.*, 00-L-112 (Ill. Cir. Ct. Feb.11, 2003)

Exhibit    86    Peter A. Diamond & Jerry A. Hausman, *On Contingent Valuation Measurement of Nonuse Values, in* Contingent Valuation: A Critical Assessment (J.A. Hausman, ed. 1993)

Exhibit    87    *Hines v. Philip Morris Cos. Inc.*, No. CL 01-1882AF (Florida)

Exhibit    88    *Collora v. R.J. Reynolds Tobacco Co.*, No. 002-00732 (Missouri)

Exhibit    89    *Craft v. Philip Morris Cos., Inc.*, No. 002-004-6A (Missouri)

Exhibit    90    *Tremblay v. Philip Morris Inc.*, No. 02-C-0204 (New Hampshire)

Exhibit    91    *Stern v. Philip Morris USA Inc.*, L-2584-03 (New Jersey)

Exhibit    92    *Moore v. Philip Morris Inc.*, 01-C-125K (West Virginia)

Exhibit    93    *Phillips v. Philip Morris Cos.*, 01 CIV 0413 (Ohio)

Exhibit    94    *Compl., Price v. Philip Morris Cos.*, No. 00-L-112 (Illinois)

Exhibit  95     *Correspondence, Price v. Philip Morris Cos.*, No. 00-L-112 (Illinois)

Exhibit  96     Class Action Complaint, *Simms v. Philip Morris, Inc.*, No. 1:01CV01107, (D.D.C. May 5, 2001)

Exhibit  97     *Curtis v. Philip Morris Cos., Inc.*, No. PI 01-18042 (Minnesota)

Exhibit  98     *Black v. Brown & Williamson Tobacco Co.*, No. 002-08526 (Missouri)

Exhibit  99     *Turner v. R.J. Reynolds Tobacco Co.*, No. 00 L 113 (Illinois)

Exhibit  100    *Howard v. Brown & Williamson Tobacco Co.*, No. 00 L 136 (Illinois)

Exhibit  101    *Dahl v. R.J. Reynolds Tobacco Co.*, MC 03-005582 (Minnesota)

Exhibit  102    Tr. of Proceedings, *Blue Cross & Blue Shield of N.J. v. Philip Morris Inc.*, CV-98-3287 (E.D.N.Y. June 12, 2000)

Exhibit  103    Trial Test. of Joel Cohen, *Price v. Philip Morris Inc.*, 00-L-112 (Ill. Cir. Ct. Feb. 4, 2003)

Exhibit  104    Deposition of Jeffrey Harris, *Price v. Philip Morris Co., No. 00-L-112* (Ill. Cir. Ct. July 24, 2002)

Exhibit  105    Deposition of George Mueller, *Mueller v. Philip Morris Inc.*, No. 2:01cv5002 (D.N.J. June 19, 2002))

I declare under penalty of perjury that the foregoing is true and correct.  This declaration was signed by me on the 11th day of July 2005, in Washington, D.C.

Jennifer A. Karmonick

7