UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BARBARA SCHWAB, et al., individually and )
on behalf of all others similarly situated,  )
                                             )
                   Plaintiffs,               )  Civil Action No. CV-04-1945
                                             )
        v.                                   )
                                             )
PHILIP MORRIS USA, INC., et al.              )
                                             )
                   Defendants.               )
                                             )
                                             )

## DECLARATION OF JENNIFER A. KARMONICK IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Jennifer A. Karmonick, hereby declare and state as follows:

1.    I am an attorney the law firm of Arnold & Porter LLP, who represents defendant Philip Morris USA Inc. in this action.

2.    Attached to this declaration are true and correct copies of the following exhibits:

| | | |
|---|---|---|
| Exhibit | 1 | Expert Report of Peter C. English |
| Exhibit | 2 | Declaration of Peter Valberg |
| Exhibit | 3 | Affidavit of David W. Stewart |
| Exhibit | 4 | Declaration of Bruce Neidle |
| Exhibit | 5 | Declaration of Bruce M. Owen |
| Exhibit | 6 | Declaration of Kevin Murphy |
| Exhibit | 7 | Declaration of William Wecker |

Exhibit    8      Expert Report of George Seiden

Exhibit    9      Affidavit of Jeffery Gentry

Exhibit    10     Affidavit of Michael Schaller

Exhibit    11     Deposition of Richard Pollay

Exhibit    12     Deposition of Joel Cohen

Exhibit    13     Deposition of K. Michael Cummings

Exhibit    14     Deposition of Jeffrey Harris

Exhibit    15     Deposition of Jack Henningfield

Exhibit    16     Deposition of Neal Benowitz

Exhibit    17     Deposition of David Burns

Exhibit    18     Deposition of Michael Thun

Exhibit    19     *Simms v. Philip Morris, Inc.*, No. 01-1107 (GK), slip op. (D.D.C. Feb. 10, 2003)

Exhibit    20     *NCI Monograph 7:  The FTC Cigarette Test Method for Determining Tar, Nicotine, and Carbon Monoxide Yields of U.S. Cigarettes* (1996)

Exhibit    21     Deposition of C. Lee Peeler, *United States v. Philip Morris Inc.*, Civil Action No. 99-CV-02496 (D.D.C. July 30 – Aug. 1, 2002)

Exhibit    22     Deposition of Joseph Mulholland, *United States v. Philip Morris Inc.*, Civil Action No. 99-CV-02496 (D.D.C. Sept. 4, 2002)

Exhibit    23     Trial Test. of Joseph Mulholland *United States v. Philip Morris Inc.*, Civil Action No. 99-CV-02496 (D.D.C. Apr. 25, 2005)

Exhibit    24     Deposition of Robert Proctor

Exhibit    25     National Cancer Institute, *Monograph 13:  Risks Associated With Smoking Cigarettes With Low Machine-Measured Yields Of Tar And Nicotine* (2001) ("Monograph 13")

Exhibit    26     Fed. Reg. 11178 (Aug 1, 1967)

Exhibit   27    Memorandum from Bryan Jacques, Director of Bureau of Industry Guidance to FTC (June 1, 1962) (FTCDOCS-0122-0004)

Exhibit   28    Testimony of James K. Sorenson, *In the Matter of: Methods to be Employed in Determining Tar and Nicotine Content of Cigarettes*(Nov. 30, 1966)

Exhibit   29    Letter from Carol M. Thomas to Michael I. Gastman (Sep. 26, 1978) (TIMN 0063432)

Exhibit   30    70 Fed. Reg. 6878 (Feb. 9, 2005)

Exhibit   31    Industry Agreement on Advertising Disclosure of Federal Trade Commission Test Determinations of Tar and Nicotine Content (Sept. 23, 1970)

Exhibit   32    Information for Smokers, PM USA

Exhibit   33    In re Petition for Rulemaking Concerning Tar and Nicotine Testing and Disclosure (filed Sept. 18, 2002)

Exhibit   34    FTC Press Release, Statement of the FTC's Bureau of Consumer Protection on the National Cancer Institute's Report on Cigarette Testing Method (Nov. 27, 2001)

Exhibit   35    PM USA's Links To Sources Of Information About Quitting Smoking

Exhibit   36    http://www.philipmorrisusa.com/en/health_issues/low_tar_cigarettes.asp

Exhibit   37    Peto & Lopez, *The Future Worldwide Health Effects Of Current Smoking Patterns*, in TOBACCO AND PUBLIC HEALTH: SCIENCE AND POLICY (2004)

Exhibit   38    Deposition of Barbara Bishop **(FILED UNDER SEAL)**

Exhibit   39    Deposition of James Lee Sherman **(FILED UNDER SEAL)**

Exhibit   40    Deposition of Fergal Furlong

Exhibit   41    Deposition of Patricia Scocozza

Exhibit   42    Deposition of Barbara Schwab

Exhibit   43    Deposition of David Rogers **(FILED UNDER SEAL)**

3

Exhibit    44        Deposition of Emily Zimmatore, *Piscetta v. Philip Morris USA Inc.*, No. 03VS048475J (Ga. Super. Ct. June 9, 2005)

Exhibit    45         Deposition of William Creech, *Mittman v. Am. Tobacco Co.*, No. 10034/97 (N.Y. Sup. Ct. July 5, 2000)

Exhibit    46        Deposition of Carol Walgreen, *Walgreen v. Am. Tobacco Co.*, No. 102814/02 (N.Y. Sup. Ct. Dec. 17, 1999)

Exhibit    47        Deposition of Meriam Spires, *WV-OH Valley IBEW v. Am. Tobacco Co.*, No. 2-97-0978 (S.D.W.Va. July 13, 1999)

Exhibit    48        Deposition of Stanley Rowe, *WV-OH Valley IBEW v. Am. Tobacco Co.*, No. 2-97-0978 (S.D.W.Va. July 6, 1999)

Exhibit    49        Deposition of Janet Lee, *WV-OH Valley IBEW v. Am. Tobacco Co.*, No. 2-97-0978 (S.D.W.Va. June 1, 1999)

Exhibit    50        Deposition of Lori Mendenhall, *WV-OH Valley IBEW v. Am. Tobacco Co.*, No. 2-97-0978 (S.D.W.Va. July 29, 1999)

Exhibit    51        Deposition of Eugene Palmer, *WV-OH Valley IBEW v. Am. Tobacco Co..* No. 2-97-0978 (S.D.W.Va. May 21, 1999)

Exhibit    52        Deposition of Daniel Cooper, *Cooper v. Anchor Tobacco Co.* No. 03-C-83 (W.Va. Cir. Ct. Apr. 23, 2004)

Exhibit    53        Deposition of J. Michael Dennis

Exhibit    54        Knowledge Networks Pretest Survey (CD), *Price v. Philip Morris, Inc.*, No. 00-L-112 (Ill. Cir. Ct.) **(FILED UNDER SEAL)**

Exhibit    55        Deposition of Daniel Fischer, *Fischer v. Philip Morris, Inc.*, 2001-029415 (Cal. Super. Ct. July 24, 2003)

Exhibit    56        Deposition of Daryl Songer, *Sullivan v. Philip Morris USA Inc.*, 2003-001641 (W.D. La. Dec. 21, 2004)

Exhibit    57        Sample Doral cigarette advertisement

Exhibit    58        Sample Spud cigarette advertisement

Exhibit    59        Trial Test of Richard Pollay, *Blue Cross & Blue Shield of N.J. v. Philip Morris Inc.*, CV-98-3287, (E.D.N.Y. Apr. 5, 2001)

Exhibit    60        Deposition of Laura Grandin, *Pearson v. Philip Morris, Inc.*, No. 0211-11819 (Or. Cir. Ct. Sept. 15, 2004)

Exhibit   61   Deposition of Marilyn Pearson, *Pearson v. Philip Morris, Inc.*, No. 0211-11819 (Or. Cir. Ct. Sept. 14, 2004)

Exhibit   62   *Miles v. Merrill Lynch Co.*, No. 04-8026, slip op. (2d Cir. June 30, 2005)

Exhibit   63   Pls. Suppl. Resps. to Def. Lorillard Tobacco Co.'s First Set of Interrogs

Exhibit   64   Brief for the United States as Amicus Curiae, *Bank of China, New York Branch v. NBM LLC*, No. 03-1559 (May 24, 2005)

Exhibit   65   Health Canada Final Report

Exhibit   66   Deposition of Peter Shields

Exhibit   67   Written Direct Test. of Neal Benowitz, *United States v. Philip Morris, Inc.* Civil Action No. 99-CV-02496, (D.D.C. Nov. 1, 2004)

Exhibit   68   Deposition of Jeffrey Harris, *Turner v. R.J. Reynolds Tobacco Co.*, No. 00-L-113 (Ill. Cir. Ct. Sept. 30, 2003)

Exhibit   69   IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 83, "Tobacco Smoke and Involuntary Smoking" (2004)

Exhibit   70   Statement from the Ad Hoc Committee of the President's Cancer Panel (Dec. 6, 1994)

Exhibit   71   Tr. Test. of Jeffrey Harris, *Price v. Philip Morris Inc.*, No. 00-C-112 (Ill. Cir. Ct. Feb. 6, 2003)

Exhibit   72   Compl., *Aspinall v. Philip Morris Cos.*, No. 98-6002-H (Mass. Super. Ct. filed Nov. 25, 1998)

Exhibit   73   Compl., *Marrone v. Philip Morris Cos.*, No. 99 CIV 0954, (Ohio Ct. Com. Pl. filed Nov. 8, 1999)

Exhibit   74   Compl., *Gesser v. Philip Morris Cos.*, No. MSX-L-1526-99, (N.J. Super. Ct. filed July 9, 1998)

Exhibit   75   Compl., *McClure v. Altria Group Inc.*, No. 99C148, (Tenn. Cir. Ct. filed Jan. 19, 1999)

Exhibit   76   Compl., *Trombino v. R.J. Reynolds Tobacco Co.*, No. L11263-98 (N.J. Super. Ct. filed Nov. 18, 1998)

Exhibit    77    Compl., *Oliver v. R.J. Reynolds Tobacco Co.*, No. 268 (Pa. Ct. Com. Pl. filed Mar. 6, 1998)

Exhibit    78    Class Action Compl., *Allman v. Philip Morris, Inc.*, No. 94-0504-IEG (S.D. Cal. filed Mar. 30, 1994)

Exhibit    79    Compl., *Blue Cross & Blue Shield of N.J. v. Philip Morris Inc.*, CV-98-3287  (E.D.N.Y. filed Apr. 29, 1998)

Exhibit    80    Compl., *Commonwealth of Massachusetts v. Philip Morris Inc.*, No. 95-7378 (Mass. Super. Ct. filed Dec. 19, 1995)

Exhibit    81    First Am. Compl. and Election for Jury Trial, *State of Maryland v. Philip Morris Inc.* No. 96-122017, (Md. Cir. Ct. filed May 1, 1996)

Exhibit    82    Second Am. Compl., *State of Oregon v. Philip Morris*, No. 9706-04457, (Or. Cir. Ct. filed June 10, 1997)

Exhibit    83    Deposition of John Beyer

Exhibit    84    Trial Test. of J. Michael Dennis, *Price v. Philip Morris Inc.*, 00-L-112 (Ill. Cir. Ct. Feb. 7, 2003)

Exhibit    85    Trial Test. of Jeffrey Harris, *Price v. Philip Morris Inc.*, 00-L-112 (Ill. Cir. Ct. Feb.11, 2003)

Exhibit    86    Peter A. Diamond & Jerry A. Hausman, *On Contingent Valuation Measurement of Nonuse Values*, *in* Contingent Valuation:  A Critical Assessment (J.A. Hausman, ed. 1993)

Exhibit    87    *Hines v. Philip Morris Cos. Inc.*, No. CL 01-1882AF (Florida)

Exhibit    88    *Collora v. R.J. Reynolds Tobacco Co.*, No. 002-00732 (Missouri)

Exhibit    89    *Craft v. Philip Morris Cos., Inc.*, No. 002-004-6A (Missouri)

Exhibit    90    *Tremblay v. Philip Morris Inc.*, No. 02-C-0204 (New Hampshire)

Exhibit    91    *Stern v. Philip Morris USA Inc.*, L-2584-03 (New Jersey)

Exhibit    92    *Moore v. Philip Morris Inc.*, 01-C-125K (West Virginia)

Exhibit    93    *Phillips v. Philip Morris Cos.*, 01 CIV 0413 (Ohio)

Exhibit    94    *Compl., Price v. Philip Morris Cos.*, No. 00-L-112 (Illinois)

Exhibit 95  *Correspondence, Price v. Philip Morris Cos.*, No. 00-L-112 (Illinois)

Exhibit 96  Class Action Complaint, *Simms v. Philip Morris, Inc.*, No. 1:01CV01107, (D.D.C. May 5, 2001)

Exhibit 97  *Curtis v. Philip Morris Cos., Inc.*, No. PI 01-18042 (Minnesota)

Exhibit 98  *Black v. Brown & Williamson Tobacco Co.*, No. 002-08526 (Missouri)

Exhibit 99  *Turner v. R.J. Reynolds Tobacco Co.*, No. 00 L 113 (Illinois)

Exhibit 100  *Howard v. Brown & Williamson Tobacco Co.*, No. 00 L 136 (Illinois)

Exhibit 101  *Dahl v. R.J. Reynolds Tobacco Co.*, MC 03-005582 (Minnesota)

Exhibit 102  Tr. of Proceedings, *Blue Cross & Blue Shield of N.J. v. Philip Morris Inc.*, CV-98-3287 (E.D.N.Y. June 12, 2000)

Exhibit 103  Trial Test. of Joel Cohen, *Price v. Philip Morris Inc.*, 00-L-112 (Ill. Cir. Ct. Feb. 4, 2003)

Exhibit 104  Deposition of Jeffrey Harris, *Price v. Philip Morris Co., No. 00-L-112* (Ill. Cir. Ct. July 24, 2002)

Exhibit 105  Deposition of George Mueller, *Mueller v. Philip Morris Inc.*, No. 2:01cv5002 (D.N.J. June 19, 2002))

I declare under penalty of perjury that the foregoing is true and correct. This declaration was signed by me on the 11th day of July 2005, in Washington, D.C.

Jennifer A. Karmonick