UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA SCHWAB, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiffs,<br><br>v.<br><br>PHILIP MORRIS USA INC., et al.<br><br>                  Defendants. | Civil Action No. 04-1945 (JBW) (SMG) |

## NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon the annexed Defendants' Rule 56.1 Statement of Undisputed Facts, and the accompanying Memorandum of Law in Support of Certain Defendants' Motion for Partial Summary Judgment on Plaintiffs' Claims for Equitable Relief, and the exhibits thereto, defendants will move this Court, before the Honorable Jack B. Weinstein, at the United States Courthouse for the Eastern District of New York, on the 12th day of September at 10 a.m., or as soon thereafter as counsel can be heard, for an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting defendants' motion for partial summary judgment on plaintiffs' claims for equitable relief, and granting such other relief as the Court deems just and proper.


2

_____

Murray R. Garnick (MG 2549)
Judith Bernstein-Gaeta
Robert A. McCarter
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
(202) 942-5000

*Attorneys for Defendant Philip Morris USA Inc.*

*and*

*On Behalf Of All Counsel on Attached Appendix*

## APPENDIX OF COUNSEL

Steven P. Harte
Todd R. Geremia (TG-4454)
JONES DAY
222 East 41st Street
New York, New York  10017-6702
(212) 326-3939

-and-

Theodore M. Grossman
Mark A. Belasic
Robert Klonoff
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114-1190
(216) 586-3939

*Attorneys for Defendant R.J. Reynolds Tobacco Co.*

Guy Miller Struve (GMS-4506)
Frances Bivens
Matthew S. Stewart
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York  10017
(212) 450-4000

*Attorneys for Defendant Altria Group, Inc.*

Alan Mansfield (AM-3266)
Stephen Saxl (SS-1028)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York  10166
(212) 801-9200

- and –

William L. Allinder
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, Missouri  64108-2613
(816) 474-6550

*Attorneys for Defendant Lorillard Tobacco Co.*

David M. Bernick
Michelle Browdy
KIRKLAND & ELLIS LLP
AON Building
200 East Randolph Drive
Chicago, Illinois  60601
(312) 861-2000

- and –

Peter Bellacosa (PB-2394)
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York  10022
(212) 446-4800

*Attorneys for Defendant Brown & Williamson Holdings (f/k/a/ Brown & Williamson Tobacco Corporation), individually and as successor by merger to The American Tobacco Company*

Gregory M. Loss (GL-5953)
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York  10112
(212) 408-5100
    *Attorneys for Defendant British*
    *American Tobacco (Investments)*
    *Limited*


Thomas Riley (TR-1850)
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 408-5100

    *Attorney for Defendant British*
*American Tobacco P.L.C.*