UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA SCHWAB, et al., individually; and on behalf of a class of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PHILIP MORRIS USA, INC., et al., <br><br> Defendants. | Case No. CV-0401945 (JBW) (SMG) |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR COLLATERAL ESTOPPEL AND PARTIAL SUMMARY JUDGMENT

**AND NOW**, this ___ day of _____, 2005, upon consideration of Plaintiffs' Motion For Collateral Estoppel and Partial Summary Judgment, **IT IS ORDERED** that Philip Morris is precluded from relitigating the finding that it conspired with the other tobacco companies to defraud the American public about the health effects of smoking.

Dated: _____, 2005.                    _____