**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Plaintiffs' Motion For Collateral Estoppel And Partial Summary Judgment, Plaintiffs' Memorandum Of Law In Support Of Motion For Collateral Estoppel And Partial Summary Judgment, Plaintiff's Statement Of Uncontested Material Facts In Support of Plaintiffs' Memorandum Of Law In Support Of Motion For Collateral Estoppel And Partial Summary Judgment, the Declaration Of Douglas J. McNamara In Support Of Plaintiffs' Memorandum Of Law In Support Of Motion For Collateral Estoppel And Partial Summary Judgment, and the Proposed Order Granting Plaintiffs' Motion For Collateral Estoppel And Partial Summary Judgment was served by electronic mail and first-class mail this 22nd day of July, 2005, upon the counsel listed on the attached Service List.

                                                                      /s/  
                                                  Joshua Prince

## SERVICE LIST

Harold K. Gordon  
Steven P. Harte  
Jones Day  
222 East 41st Street  
New York, NY 10017-6702  
212/326-3939  
fax: 212/755-7306  

Mark Belasic  mabelasic@jonesday.com  
Theodore M. Grossman  
Robert Klonoff  
Jones Day  
901 Lakeside Ave., North Point  
Cleveland, OH 44114-1190  
216/586-3939   fax: 216/579-0212  
*Counsel for R.J. Reynolds Tobacco Company*

Guy Miller Struve  
Davis Polk & Wardwell  
450 Lexington Avenue  
New York, NY 10017  
212/450-4000  fax: 212/450-3800  
Guy.struve@dpw.com  
*Counsel for Altria Group Inc.*

Judith Bernstein-Gaeta  
Brian T. Edmunds  
Arnold & Porter  
555 12th Street, N.W.  
Washington, D.C. 20004  
202/942-5493  fax: 202/942-5999  
judith_gaeta-bernstein@aporter.com  
*Counsel for Philip Morris USA Inc.*

Philip Pfeffer  Ppfeffer@chadbourne.com  
Joseph Falcone  jfalcone@chadbourne.com  
Chadbourne & Parke, LLP  
30 Rockefeller Plaza  
New York, NY 10112  
212/408-5100  fax: 212/541-5369  
*Counsel for Defendant British American Tobacco (Investments) Limited*  
 and *British American Tobacco, p.l.c.*

Alan Mansfield     mansfielda@gtlaw.com  
Stephen L. Saxl  
Greenberg Traurig, LLP  
MetLife Building  
200 Park Avenue  
New York, NY 10166  
212/801-2100  fax: 212/801-6400  

William L. Allinder  
Shook, Hardy & Bacon L.L.P.  
2555 Grand Blvd.  
Kansas City, MO 64108-2613  
816/474-6550  fax: 816/421-5547  
*Lorillard Tobacco Company*

Peter A. Bellacosa  
Kirkland & Ellis LLP  
Citigroup Center  
153 East 53rd Street  
New York, NY 10022-4611  
212/446-4800  fax: 212/446-4900  
pbellacosa@kirkland.com  

Leonard A. Feiwus  
Julie R. Fischer  (JF-7755)  
Kasowitz, Benson, Torres & Friedman LLP  
1633 Broadway  
New York, NY 10019  
212/506-1785  fax: 212/506-1800  
*jfischer@kasowitz.com*  
*Counsel for The Liggett Group, Inc.*

*Counsel for Brown & Williamson Tobacco Corporation, individually,*  
*and as successor-by-merger to The American Tobacco Company*

203645v1