UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

BARBARA SCHWAB, et al.,

        Plaintiffs,

-against-

PHILIP MORRIS USA INC., et al,

        Defendants.

----------------------------------------------------------x

FILED

05 AUG -4 PM 12:05

CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

MEMORANDUM
AND
ORDER

CV 04-1945 (JBW)

JACK B. WEINSTEIN, Senior United States District Judge:

Plaintiffs have made the following motions:

1) for collateral estoppel and partial summary judgment (July 22, 2005);

2) for partial summary judgment, or in the alternative, a motion in limine regarding defendants' "compensation" defenses (July 22, 2005);

3) for partial summary judgment, or in the alternative, a motion in limine regarding the meaning of the "lights/lights" descriptors (July 22, 2005); and

4) for partial summary judgment, or in the alternative, a motion in limine regarding defendants' "compliance with the public health community" defense;

These motions are to be heard on September 12, 2005 at 11:00 a.m. together with other motions related to the merits. The parties shall work out a briefing schedule or, if they cannot, the Magistrate Judge will do so.

                                  SO ORDERED.

                                  Jack B. Weinstein
                                  Senior U.S.D.J.

Dated: July 29, 2005
       Brooklyn, New York

