FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ AUG 23 2005 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

BARBARA SCHWAB, et al.,

           Plaintiffs,

-against-

PHILIP MORRIS USA INC., et al.,

           Defendants.

-----------------------------------------------------------x

MEMORANDUM
AND
ORDER
CV 04-1945 (JBW)

JACK B. WEINSTEIN, Senior United States District Judge:

The court now has Defendants' Motion to Exclude Expert Evidence Regarding the Impact of the Marketing of Light Cigarettes on Smoking Prevalence Rates dated August 15, 2005. The court would prefer to hear this and other motions by defendants and plaintiffs, together with certification and merits motions in one continuous sitting, if that is practicable. Can the attorneys together with the Magistrate Judge and Case Coordinator Lowe arrange for this procedure? I now have substantial blocks of time in September, shortly to be spoken for.

The date for the certification motion presently is set for September 12, 2005 at 11:00 a.m. No suggestion for a change in that time has been made.

           SO ORDERED.

Jack B. Weinstein
Senior United States Judge

Dated: Brooklyn, N. Y.
        August 23, 2005

