FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ SEP 0 2 2005 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

BARBARA SCHWAB et al., individually and on behalf of all others similarly situated,

  Plaintiffs,

v.

PHILIP MORRIS USA, INC. et al.,

  Defendants.

Civil Action No. CV 04-1945

MEMORANDUM & ORDER

JACK B. WEINSTEIN, Senior District Judge:

Proffered materials regarding the following potential witnesses submitted after briefing of defendants for the motions returnable on September 12, 2005 will not be considered on the motions:

  Dr. John Hauser

  Judith Wilkenfeld

  Matthew Myers

  Laurence Tribe

  Katherine Kinsella

  Richard Redfern

  Dr. Paul Slovic

  Dr. Joel Cohen

  Dr. Marvin Goldberg

  Dr. Stanley Presser



Dr. John C. Beyer

SO ORDERED.

_____
Jack B. Weinstein

Dated: August 31, 2005
       Brooklyn, New York