UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREN McLAUGHLIN, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> PHILIP MORRIS USA INC., et al., ) <br> ) <br> Defendants. ) <br> ) | No.: 04 1945 (JBW) |

## WITHDRAWAL OF COUNSEL FOR PHILIP MORRIS USA INC.

Pursuant to Local Rule 1.4, Amy Phillips Rosenthal hereby requests leave to withdraw as counsel for defendant Philip Morris USA Inc. in the above captioned action. Philip Morris USA will continue to be represented by Murray R. Garnick, Eric Suter, Edward Gehres, Brian T. Edmunds, and Molly K. Crawford of Arnold & Porter LLP.

Dated: December 14, 2004

Respectfully submitted,

/s/ Amy Phillips Rosenthal
Amy Phillips Rosenthal (APR-1593)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, DC 20004-1206
Telephone: (202) 942-5000

*Attorney for Defendant Philip Morris USA Inc.*

So ordered
9/29/05

1

2

## CERTIFICATE OF SERVICE

I, Amy Phillips Rosenthal, hereby certify that on December 14, 2004, I caused a true and correct copy of the foregoing Withdrawal of Counsel for Philip Morris USA, Inc. to be served by U.S. Mail unless otherwise indicated, on all parties on the attached Service List.

/s/ Amy Phillips Rosenthal
Amy Phillips Rosenthal