```
           UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF NEW YORK

------------------------------X    Civil Docket#
SCHWAB, et al.,               :    04-cv-1945
              Plaintiff       :
      - versus -              :    U.S. Courthouse
                              :    Brooklyn, New York
PHILIP MORRIS, USA INC.,      :
       et al.,                :
              Defendant       :    April 19, 2005
------------------------------X
```

TRANSCRIPT OF CIVIL CAUSE FOR ORAL ARGUMENT
BEFORE THE HONORABLE STEVEN M. GOLD
UNITED STATES MAGISTRATE JUDGE

**A P P E A R A N C E S:**

| | |
|---|---|
| For the Plaintiff: | **Douglas McNamara, Esq.** |
| | **Paul Gallagher, Esq.** |
| For the Defendant: | **Murray Garnick, Esq.** |
| **Official Transcriber:** | **Rosalie Lombardi** |
| | **L.F.** |
| **Transcription Service:** | **Transcription Plus II** |
| | 823 Whittier Avenue |
| | New Hyde Park, N.Y.  11040 |
| | (516) 358-7352 |

Proceedings recorded by electronic sound-recording, transcript produced by transcription service

```
                        Proceedings                        3
 1   there is a couple of things that I think are
 2   undisputed.
 3           The first point is that Philip Morris
 4   not relying on the study and no defense expert
 5   is relying on the study.
 6           THE COURT:  That goes to my question
 7   number one.  You say that no defense expert is
 8   relying on the study.  I was interested to read
 9   in one of the decisions that one of the parties
10   cite, I wish I could tell you I remembered which
11   one it was but I can't, the Court notes that the
12   expert having recently participated in this
13   study which is so germane to the facts in
14   dispute in the case, will necessarily have his
15   or her opinions influenced and affected by his
16   immersion in the details of the study, even if
17   he does not explicitly rely upon it.
18           One of the things that I haven't heard
19   you say and I don't know if it's because it's
20   not true or because you just haven't thought to
21   say it is whether the experts you will be
22   calling at trial have had access to and
23   participated in the use of the data that you're
24   seeking to protect from disclosure.
25           MR. GARNICK:  Well --
```

                    **Proceedings**                          4

1    THE COURT:  In other words, are the
2    experts who are working on the study, do they
3    overlap with the experts you intend to call at
4    trial?
5    MR. GARNICK:  For the outside experts,
6    the answer is clear.  None of the outside
7    experts had any involvement in the study.  They
8    don't have access to the data and they have just
9    no knowledge of the study other than what -- to
10   the extent we give them the papers that were
11   filed before this court.
12        Obviously, to the extent that Philip
13   Morris' internal scientists are called to
14   testify, some of them have been involved in the
15   study.  However, they're not going to be relying
16   on the study.  And the reason they're not going
17   to be relying on the study goes to my second
18   point and that is it is an ongoing study and the
19   statistical analysis of the study has barely
20   begun.  There is nothing to rely on.  They're
21   not going to rely on the results.  They don't
22   have results.  They don't have statistical
23   analysis.
24        What the issue here, after all, is not
25   trying to get Philip Morris' statistical

**Proceedings** 6

1. There is little utility in the study
2. for a number of reasons. First, as I say, we're
3. not relying on the study. No one will be
4. relying on the study. Plaintiffs have not cited
5. a single case like this where no one is relying
6. on the study that's not incorporated in anyone's
7. analysis.
8.     Second, this is a fraud case. And
9. ongoing study whose statistical analysis has not
10. been completed is not going to be relevant to
11. any so-called secret information that Philip
12. Morris might have had or any fraudulent intent.
13. It's not relevant to fraud.
14.     Next, Philip Morris is not trying to be
15. over inclusive in its objections. It's turning
16. over all the documents. It's already turned
17. over over 20,000 pages of documents. It's
18. continuing to turn over documents. It's going
19. to turn over the pilot study. It's going to
20. turn over the data for the pilot study.
21.     It is rifle-shotting (sic) the database
22. because it's an ongoing process --
23.     THE COURT: I don't understand the use
24. of the phrase rifle-shotting. I'm sorry. What
25. do you mean by rifle-shotting?

Transcription Plus II    Rosalie Lombardi