# JONES DAY

NORTH POINT • 901 LAKESIDE AVENUE • CLEVELAND, OHIO 44114-1190
TELEPHONE: 216-586-3939 • FACSIMILE: 216-579-0212

Direct Number: 216/586-7286
tgrossman@jonesday.com

JP053174
629000-020638

April 25, 2006

Larry H. Krantz, Esq.
Krantz & Berman LLP
757 Third Avenue, 25th Floor
New York, New York 10017

Re:  Schwab, et al. v. Philip Morris, et al.
     No. 04 Civ 1945 (JBW)(SMG)

Dear Mr. Krantz:

Thank you for agreeing to serve as a special master for Dr. Hauser's deposition in this case on May 19. On behalf of defendants, we have enclosed the following materials for your review and to assist you in preparation:

1) Dr. Hauser's expert report filed August 22, 2005 (with exhibits).

2) October 6, 2005 Order of Judge Weinstein on statute of limitations.

3) Dr. Hauser's December 16, 2005 draft expert report.

4) Dr. Hauser's December 19, 2005 draft expert report.

5) Exhibits to Dr. Hauser's December 16/19, 2005 draft reports.

6) Dr. Hauser's expert report filed December 19, 2005.

7) Transcript of February 27, 2006 hearing before Judge Gold.

8) Transcript of March 17, 2006 hearing before Judge Weinstein.

9) Transcript of Dr. Hauser's March 23-24, 2006 deposition (with exhibits).

JONES DAY

Larry H. Krantz, Esq.
April 25, 2006
Page 2

10) March 20, 2006 Order of Judge Weinstein.

11) March 30, 2006 letter brief from Theodore Grossman to Judge Gold.

12) April 11, 2006 letter brief from Michael Hausfeld to Judge Gold.

13) April 17, 2006 letter brief from Theodore Grossman to Judge Gold.

14) Transcript of April 19, 2006 hearing before Judge Gold.

    Because of the volume of these materials, we have not included the exhibits to the March 30, April 11, or April 17, 2006 letter briefs. We will, of course, be happy to make those materials available to you if you wish to review any of them.

Respectfully submitted,

Theodore M. Grossman

cc:     Magistrate Judge Steven M. Gold (by ECF, w/o attachments)
       All Counsel of Record (by e-mail, w/o attachments)

CLI-1408538v1