UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

_____
                                            )
**BARBARA SCHWAB, *et al*., individually and**  )
**on behalf of all others similarly situated,** )
                                            )
       **Plaintiffs,**                    )
                                            )
       v.                                 ) No. 1:04-cv-1945 (JBW)(SMG)
                                            )
**PHILIP MORRIS USA, INC., *et al.*,**          )
                                            )
       **Defendants.**                    )
_____ )

**NOTICE OF DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE**
**THE TESTIMONY OF DR. JOHN R. HAUSER**

Defendants Philip Morris USA, Inc.; Altria Group, Inc.; R.J. Reynolds Tobacco Company; Brown & Williamson Holdings (f/k/a Brown & Williamson Tobacco Corporation), individually and as successor by merger to The American Tobacco Company; Lorillard Tobacco Company; and British American Tobacco (Investments) Limited hereby move, pursuant to Federal Rules of Evidence 403 and 702, to exclude the testimony and opinions of Dr. John R. Hauser from evidence.

This motion is based on the following: the accompanying Memorandum of Law in Support of Defendants' *Daubert* Motion to Exclude the Testimony of Dr. John R. Hauser; the Declaration of Arthur J. Margulies, dated June 9, 2006, and the exhibits annexed thereto (attached hereto); and on all the prior proceedings and matters of record in this case.

Dated: June 9, 2006

Respectfully submitted,

*[signature: Todd R. Geremia]*
_____
Theodore M. Grossman
Mark A. Belasic
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190

Todd R. Geremia (TG-4454)
JONES DAY
222 East 41st Street
New York, New York  10017-6702

*Attorneys for Defendants*
*R.J. Reynolds Tobacco Company and*
*Brown & Williamson Holdings (f/k/a Brown &*
*Williamson Tobacco Corporation), individually and*
*as successor by merger to The American Tobacco*
*Company*

*and on behalf of all Defendants, counsel for whom*
*is listed on the following page*

2

| | |
|---|---|
| David M. Bernick<br>Michelle Browdy<br>KIRKLAND & ELLIS LLP<br>Amoco Building<br>200 East Randolph Drive<br>Chicago, Illinois 60606<br>(312) 861-2000 | Murray R. Garnick (MG-2549)<br>Judith Bernstein-Gaeta<br>James M. Rosenthal<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, N.W.<br>Washington, D.C. 20004-1206<br>(202) 942-5000 |

Peter Bellacosa (PB-2394)
KIRKLAND AND ELLIS LLP
153 East 53rd Street
New York, New York
(212) 446-4800

*Attorneys for Defendant Philip Morris USA Inc.*

| | |
|---|---|
| Guy Miller Struve (GMS-4506)<br>Frances Bivens<br>Matthew S. Stewart<br>DAVIS POLK & WARDWELL<br>450 Lexington Avenue<br>New York, New York 10017<br>(212) 450-4000<br><br>*Attorneys for Defendant Altria Group, Inc.* | Gregory M. Loss (GL-5953)<br>CHADBOURNE & PARKE LLP<br>30 Rockefeller Plaza<br>New York New York 10112<br>(212) 408-5100<br><br>*Attorneys for Defendant British American Tobacco (Investments) Limited* |

Alan Mansfield (AM-3266)
Stephen L. Saxl (SS-1028)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York  10166
(212) 801-9200

William L. Allinder
SHOOK HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
(816) 474-6550

*Attorneys for Defendant Lorillard Tobacco Co.*

**CERTIFICATE OF SERVICE**

      The foregoing NOTICE OF DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE THE TESTIMONY OF DR. JOHN R. HAUSER and the attached DECLARATION OF ARTHUR J. MARGULIES, dated June 9, 2006, and the exhibits annexed thereto, were served on all counsel of record on June 9, 2006 by electronic mail through the Court's CM/ECF system.

_____
Todd R. Geremia