UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

_____
                                       )
**BARBARA SCHWAB** *et al.*, **individually and**  )
**on behalf of all others similarly situated,**   )
                                       )
      **Plaintiffs,**                      )
                                       )
      v.                                   )   No. 1:04-cv-1945 (JBW) (SMG)
                                       )
**PHILIP MORRIS USA, INC.,** *et al.*,   )
                                       )
      **Defendants.**                      )
_____)

### DECLARATION OF ARTHUR J. MARGULIES

I, Arthur J. Margulies, declare the following under penalty of perjury under the laws of the United States:

1. I am an associate at the law firm Jones Day, attorneys for defendant R.J. Reynolds Tobacco Company and Brown & Williamson Holdings, individually and as successor by merger to The American Tobacco Company. I submit this declaration to put before the Court true and correct copies of certain documents that are pertinent to Defendants' *Daubert* Motion To Exclude The Testimony Of Dr. John R. Hauser.

2. Attached to this declaration, under the identified exhibit tabs, are true and correct copies of the following documents:

    Exhibit 1           Expert Witness Report of John R. Hauser dated December 19, 2005, and Exhibits D, E and F attached thereto.

    Exhibit 2           Draft Expert Witness Report of John R. Hauser dated December 16, 2005.

| | |
|---|---|
| Exhibit 3 | Draft Expert Witness Report of John R. Hauser dated December 19, 2005. |
| Exhibit 4 | Deposition Transcript of John R. Hauser, dated March 23, 2006 (excerpts). |
| Exhibit 5 | Exhibit 13 to Deposition of John R. Hauser, dated March 23, 2006. |
| Exhibit 6 | Exhibit 24 to Deposition of John R. Hauser, dated March 23, 2006. |
| Exhibit 7 | Deposition Transcript of John R. Hauser, dated March 24, 2006 (excerpts). |
| Exhibit 8 | Deposition Transcript of John R. Hauser, dated May 19, 2006 (excerpts). |
| Exhibit 9 | Deposition Transcript of Steven P. Gaskin dated May 9, 2006 (excerpts). |
| Exhibit 10 | Deposition Transcript of Shelley R. Schussheim dated May 10, 2006 (excerpts). |
| Exhibit 11 | Summary of Expert Opinions of Dr. Wayne S. DeSarbo dated May 24, 2006. |
| Exhibit 12 | Expert Report of James J. Heckman dated May 25, 2006. |
| Exhibit 13 | David W. Stewart Expert Rebuttal Report dated May 23, 2006. |
| Exhibit 14 | Expert Disclosure of W. Kip Viscusi dated May 23, 2006. |
| Exhibit 15 | Expert Report of William Wecker dated May 26, 2006. |
| Exhibit 16 | Morbidity and Mortality Weekly Report, *Cigarette Smoking Among Adults - United States, 2004*. |
| Exhibit 17 | Letter from Brent W. Landau to Paul Koethe dated January 23, 2006. |
| Exhibit 18 | Letter from Brent W. Landau to The Honorable Steven M. Gold dated February 9, 2006. |
| Exhibit 19 | Plaintiffs' Objections to the Magistrate Judge's Order Regarding Production of Materials Related to Dr. Hauser's Attempted Survey. |

| | |
|---|---|
| Exhibit 20 | Exhibit 20 to Deposition of John R. Hauser, dated March 23, 2006. |
| Exhibit 21 | Deposition Transcript of Jeffrey E. Harris dated March 9, 2006 (excerpts). |
| Exhibit 22 | Memorandum and Order dated September 21, 2005. |
| Exhibit 23 | Memorandum and Order dated October 6, 2005. |
| Exhibit 24 | Transcript of Hearing dated September 12, 2005 (excerpts). |
| Exhibit 25 | Transcript of Hearing dated September 13, 2005 (excerpts). |
| Exhibit 26 | Transcript of Hearing dated March 17, 2006 (excerpts). |
| Exhibit 27 | Transcript of Hearing dated May 26, 2005 (excerpts). |
| Exhibit 28 | Transcript of Hearing dated August 31, 2005. |
| Exhibit 29 | Declaration of David W. Stewart dated July 22, 2005 (excerpts). |
| Exhibit 30 | Defendants' Opposition to Plaintiffs' Motion for Class Certification (excerpts). |
| Exhibit 31 | Deposition Transcript of John C. Beyer dated June 2, 2005 (excerpts). |
| Exhibit 32 | Declaration of Bruce Neidle dated June 30, 2005. |
| Exhibit 33 | Plaintiffs' Motion for Class Certification dated February 28, 2005. |
| Exhibit 34 | E-mail from Shelley R. Schussheim to John Hauser dated February 16, 2005 |
| Exhibit 35 | Transcript of Hearing dated November 18, 2005 (excerpts). |
| Exhibit 36 | Transcript of Civil Cause for Telephone Conference dated October 26, 2005 (excerpts). |

- 4 -

    3.    I declare under penalty and perjury that the foregoing is true and correct.

Executed on:  June 9, 2006
                  New York, New York

                                        */s/ Arthur J. Margulies*
                                        Arthur J. Margulies

## CERTIFICATE OF SERVICE

The foregoing DECLARATION OF ARTHUR J. MARGULIES was served on counsel for plaintiffs on June 9, 2006 by electronic mail through the Court's CM/ECF system.

_____
Todd R. Geremia