**Exhibit D
Questionnaire
Web Survey Screen Shots**







E6



