















E19