





**(There were 16 such pages, with the attributes and levels chosen at random for each question)**





**(End of Survey)**

**Exhibit E**
**Invitation to Respondents**


**Guaranteed Five Dollars for completing this survey**

**Subject: Everyone who qualifies and completes this survey will receive Five Dollars**


Dear {Respondent}:


Your opinions and feedback can make a difference! As a member of our panel, your input can help in the development of products and services of the future! Take a moment out of your busy day to share your thoughts.

Everyone who qualifies and completes this survey wins $5.00!

Please click here to get started!

http://survey5.greenfieldonline.com/wi/p6059073/i.asp

All winners will be notified via email when their Greenfield prize account has been credited.
Please allow approximately 4-6 weeks for winners to be selected and accounts to be credited.

If you encounter any technical difficulties while completing this survey, please click here for help:
http://www.greenfieldonline.com/surveycenter/faqs.htm or send an email to help@greenfieldonline.com
and reference project #108350a in your message.

We look forward to hearing your opinions!

Sara Williams
                        Greenfield Online

E25

# Exhibit F - Screening Statistics
Cigarette Survey June 2005

**Screening Quotas: See Next Worksheet.**
Marginals were used to calculate quotas.

|  | # of Resps | Remaining # of Resps |
|---|---|---|
| Invitations sent out by Greenfield Online | 52402 | 52402 |
| Did not respond to invitation | 44159 | 8243 |
| Exited before demo screener  (Age, Sex, HH Income, State) | 70 | 8173 |
| Terminated during demo screener (ans. DK or refused to income question) | 435 | 7738 |
| Terminated - over quota | 3738 | 4000 |
| Exited when asked if cigarette smoker | 1 | 3999 |
| Terminated - not a cigarette smoker | 2509 | 1490 |
| Exited when asked what type of cigarettes he or she smokes most often | 4 | 1486 |
| Terminated - a smoker, but not a light cigarette smoker | 799 | 695 |
| Exited during smoking habits questions prior to choice exercises | 26 | 669 |
| Exited during choice exercises | 34 | 627 |
| Completed Survey | 627 |  |

| | |
|---|---|
| Incidence Rate | 17.4% |
| Response Rate | 15.7% |
| Completion Rate, Conjoint Task | 94.9% |
| Net Response Rate | 14.9% |