EXHIBITS

WODFF4189

*Introduce me, AMS*        Lite Cigarettes Questions

Tell me about yourself.   *Your Smoking history.*
Tell me about the cigarette you smoke.
How long have you been smoking?
How many packs a day do you smoke?
Do you enjoy smoking?
Have you tried to quit?  How many times?  How recently?  Did it work?  Why?
Do you feel like you have less need to quit because you're smoking lite cigarettes?

What brand do you smoke primarily?
Why did you settle on that brand?  What do you like and dislike about it?

Do you like the taste of your cigarettes?  Do you think you like the taste more or less than the taste of a regular cigarette of the same brand?  Did you always feel this way?

Why did you start smoking lite cigarettes?  Are these the same reasons you smoke them now?
How did your decision process work?  (Did you first decide to smoke lite cigarettes, and then settle on a brand, or what?)

How are the regular cigarettes of your brand different in image?  How do the people differ who smoke each type?

How do lite cigarettes work?  Do you know how to block the vents?  What would this do?  Do you ever do it?  How?  Can you show me how you hold the cigarette, and how you inhale?
Do you smoke lite cigarettes differently than you would regular cigarettes?  (e.g., puff har
Do you know how much tar and nicotine (T&N) is in each pack of your cigarettes?  (No peeking)  (Once he or she says, then look)

What do the T&N figures on a cigarette pack mean?
What does low T&N refer to?  (The content?  The filtering system?  How much you actually ingest?)
How does the amount of T&N relate to taste?  To the healthiness of the cigarette?
If the cigarette pack says X mg of T&N, how many mg of T&N will you ingest as you smoke each cigarette?  How does that work?
Are any cigarettes "safe?"
Are lite cigarettes healthier for you than regulars?  Why?
Do you think cigarette companies say that in their ads?

How much do you pay for a pack now?

                    *more or*
If you could buy lite cigarettes that were just as dangerous as regular cigarettes, how much less would you pay for them than lite cigarettes that are actually safer?  (work on wording of question with respondent)

EXHIBIT

HAUSER 039

WODFF4190





Lite Cigarettes Questions

How long have you been smoking?
How many packs a day do you smoke?
Why did you start smoking lite cigarettes?  Are these the same reasons you smoke them now?
How did your decision process work?  (Did you first decide to smoke lite cigarettes, and then settle on a brand, or what?)
Do you enjoy smoking?
Have you tried to quit?  How many times?  How recently?  Did it work?  Why?
Do you feel like you have less need to quit because you're smoking lite cigarettes?

What brand do you smoke primarily?
Why did you settle on that brand?  What do you like and dislike about it?

Do you like the taste of your cigarettes?  Do you think you like the taste more or less than the taste of a regular cigarette of the same brand?  Did you always feel this way?

How do lite cigarettes work?  Do you know how to block the vents?  What would this do?  Do you ever do it?  How?  Can you show me how you hold the cigarette, and how you inhale?
Do you smoke lite cigarettes differently than you would regular cigarettes?  (e.g., puff har
Do you know how much tar and nicotine (T&N) is in each pack of your cigarettes?  (No peeking)  (Once he or she says, then look)

What do the T&N figures on a cigarette pack mean?
What does low T&N refer to?  (The content?  The filtering system?  How much you actually ingest?)
How does the amount of T&N relate to taste?  To the healthiness of the cigarette?
If the cigarette pack says X mg of T&N, how many mg of T&N will you ingest as you smoke each cigarette?  How does that work?

Are any cigarettes "safe?"
Are lite cigarettes healthier for you than regulars?  Why?
Do you think cigarette companies say that in their ads?

How much do you pay for a pack now?

If you could buy lite cigarettes that were just as dangerous as regular cigarettes, how much less would you pay for them than lite cigarettes that are actually safer?  (work on wording of question with respondent)    ( LITE VS REG )

— PACK
— TASTE
— SAFETY(?)
— PRICE
— BRAND

HAUSER 040

WODFF4191

*Be careful about "choice" - people will "try" anything*

# Cig Quals
## Bert 3/8/05

*etsa and have 2 in a pack*

Been smoking since the 40's. 5¢/pack overseas. Now $4.50 - $5.00    20 cigs in a pack today.

½ a pack a day. Enjoys smoking - it's relaxing. Likes a cigarette after a meal. Hard to smoke in public. Causes him to smoke less.

Smoked Parliaments - and the brand changed to be all lights. He smoked the 100's. No taste difference, no difference in smoking. He didn't even notice at first. He was okay with that.

If he had to switch, he'd smoke another 100 - would look # around.

Doesn't know what "Lite" means. Reg = stronger taste or tobacco?

He doesn't know how much T&N, and it doesn't say.

Hard Box, Lites, 100's, recessed filter

Tar&N he says, are derivatives of tobacco; not good for you: tar discolors teeth,

Lite healthier? They say that, but he doesn't think it works. The burning tobacco is gonna be there each way.

Ultra-lite ⇒ less flavor, and he doubts the T&N is really lower. If taste were same, he'd go with ultra-lights, & if they really are safer

He think cancer is dependent on genes. As long

HA 041
WDDF4192

as you eat a varied, balanced diet, you're ok and cigarettes may have no effect.

MR is trying to tell you lower T&N = less toxicity

ç ultra = $5 ⇒ Lite = $5 - he's 78, he's too old to worry about it. If he were 18, then he might. If he were 18, well, same answer. Young people are indifferent to price.

John   8:30

57, cut open 4 years ago - aorta blocked from smoking. Couldn't walk. Stopped in hospital, but "just one puff". You have to want to quit.

When young, smoked non-filtered - 2 packs/day. Now down to 1/day.   He doesn't like cigarette tax - regressive.

He enjoys smoking. Quit for a year, got fat. Smokes Marlboro lites.   Switched from Marlrg Not hurting himself so bad. Denial.

Taste is milder - not as harsh on your throat - prefers lite to reg. taste.   Didn't like other lites.

Lites = less T&N = milder.

Doesn't know the T&N in Marl lites.

WODFF4193

Cig Quals 3/9/05 2.

John con't.

Box doesn't say how much T&N.

Lite = a psychological thing - only hurting yourself half as much - "on the road to quitting." Cig companies don't say - they don't adv. much.

~~He thinks they're~~ He thinks they're half as bad but deep down, he knows there's no difference. It's all a mind thing. It's just a label. It's all marketing.

Price choice - same price. He likes what he has now. He's used to it. The part on health is just part of addiction denial. There's a lot of psychology here.
It's just a cigarette.

If the taste were the same? "It wouldn't be"

"Really lite" is to unbelievable. And not enough nicotine.

Taste is really connected to T&N.

HAUSER 043

WODFF4194

## Chris   10:30

Started at 18 with first drink, smoked ever since. Marl. Reds (strong) ⇒ Newports (Menthol - even stronger) ~~br~~ (a girlfriend smoked 'em, he tried 'em and like the taste - menthol at first and strong) ⇒ coughed up blood ⇒ quit for six months, felt better and yet started again with Winston Lights 'cause he didn't want to get hurt again

Life = less harsh - don't feel like you'll cough when you inhale.   Less nicotine, too (i know 'cause) gets a head rush from Marl. regs now. Same level of health as others - it's *still a cigarette.

what makes a lite cig. different? He whipped out camel lites - a longer filter, no vents, but you suck on it harder. Has a hard box, protects the cigs.  Soft pack more comfortable in shirt pocket

T&N : a lite cig has less nicotine - he can tell. Doesn't know about ~~nic~~ tar. May be a plant diff, or a longer filter.

Doesn't smoke the cigarette - too harsh at end, it melts the filter, "more shit goes through"

less nicotine ⇒ no health effects

HAUSER 044

WDDFF4195

Cig Quals 3/9/05 3?

Chris con't

The harshness that makes your throat bleed also correlates to cancer, etc, so lite cigs really are healthier = maybe a couple extra years. Not twice as safe or anything

It's more the comfort, the taste, relax, feel of a cig in your hand & mouth.

Cig cos don't say lites are healthier, and he knows they're unhealthy anyway, you're killing yourself no matter whats in 'em.

Given our choice, he'd pick the cheaper one, given the same flavor. The lower T&N does nothing for you~

He smokes camel lites, at $4.90 a pack, rather than camel red lites, which are weaker, at $5.90. It's the money

He doesn't really relate taste to T&N - he thought it was the way the tobacco was grown.

Bottom line: reg cigs are harsh

if he could try a cigarette out for taste in the interview, that would help

HAUSER 045

WDDFF4196

Tom 11:30

(3/4 pack a day)

Started as a teen in the '60's, a "cool" thing to do. Lots of brands, Pall Mall Gold, Benson & Hedges when he couldn't find PMG. Has tried to quit smoking as much as any person on earth. He tried a Lite cig because lower N would help him quit. It didn't. He likes to smoke, he enjoys it, it's something to do. The first Lite brand? Doesn't know. He tried to find one that tasted good, settled on Marl. Lites because they taste good. He tastes regular cigarettes sometimes — a stronger taste. Doesn't know which he prefers, really, in terms of taste. It depends — sometimes yes, sometimes know. Variety seeking, kind of. Like different flavors of coffee.

He's used to Marl. Lites, which helps. An acquired taste, like beer. Non-alcoholic beer story - O'Doul's amber.

Why is lite lite? Little holes in filter mix in air.

T&N? Less, because of the air, but people smoke more to get the same nicotine hit.

His wife hates cig. smoke. Had to quit due to migranes.

T&N's health implications: look at the filter. The rest get in your lungs. ∃ formaldehyde, etc.

WODFF4197

Cig Quals 3/9/05 4

Tom con't.

So low T&N - probably doesn't do a whole lot. There's no such thing as a safe cigarette. Lites are 75-80% as dangerous.

He's never looked for T&N figures on the pack. You can taste the diff - not as strong, less of a nicotine hit.

T&N vs. taste - never thought about it. But a light cig. has a less strong taste.

He thinks in terms of "lite". T&N levels are under the radar.

He thinks absolutely (from the 60's and 70's) the cigarette ads said low T&N cigarettes are much better for you. He doesn't believe it, though - most advertizers will tell you anything they can to sway you without technically lying. Cig makers were lying then, and couldn't get away with it now.

Choosing Lites didn't make him feel better - less nicotine was supposed to help him quit. It didn't work. →

HAUSE

WODDF4198

If he got our question, he'd want to try it. If it tasted worse, forget it. Nicotine level, too. - you can tell if you're not getting it.

He won't buy generics - he doesn't like the taste. It's pretty inelastic - it's all about taste. And he doesn't believe in the health benefits.

Even if we say it's true, he won't believe it. It ~~becomes~~ ludicrous, for a cig mfr to make any sort of health benefits.

He might be able to suspend disbelief about taste - although in reality he'd have to try it

If we got beyond the taste thing, and the health benefits are real, - oops - he can't suspend his disbelief on the health benefits.

You smoke a particular cigarette because you like the taste of it. He doesn't feel ripped off. If someone could prove it had a health benefit and he liked the taste, he might pay a premium for it.

HAUSER

W0DFF4199

Cig Quals 3/9/05 5.

Heinz: been smoking 10 yrs - started at age 25 - hung w/ smokers   Marl. reds, 3/4 p/day ⇒ more, esp if socializing. About 5 yrs ago, he spoke smoked Marl. Mediums and then switched to lights. Marl. lights less harshness.   Less Tar, maybe more refreshing than reg, Less Nicotine.

Less T & N - a little better for him - less of the evil.   Health motivated him to switch to lights   And he's cut back to ½ a pack a day.

He tried to quit a few yrs after starting. He liked not smoking, but wasn't "ready" to quit. He's not quite ready, but more ready to quit.   What would do it?   He's divorced, which didn't help.

If Lites tasted worse, he wouldn't smoke 'em - it's bad, so you might as well enjoy it.

What makes it a lite?   He doesn't know. The tobacco, maybe, but he doesn't.   He thinks they have less T & N. a danger level about 75% of regular. Taste - a light taste, he likes it, easier on

W0DFF4200

your throat. So ceteris paribus, he'd smoke lites instead of regs due taste; nicotine is the same.

He might pay a premium. He could work with the safer. And the "you tried it, and it tastes the same" was convincing. He believes it could be done.

The argument of you wouldn't really want to pay as much... maybe the... well, it could happen

If taste is a 10 in importance, health about 8 or 9, ... except its not worth paying for well, it is if it were real.

HAUSER 050

W0DFF4201

Cig Quals 3/9/05 6.

Jennifer   Started at age 12 or 13.
Just to be with the crowd.  Now it's an
embarrassment  Always smoked lite
cigs - Marl Lights or Parl.   It was
easier to inhale when starting out
ML & Parl are pretty darned interchangeable
Health wasn't a consideration when she
started

Reg. cigs (Marl) - you can feel it more -
not a good feeling - makes her throat feel
icky.   And it's heavier - it makes her
feel guiltier - more obvious to her she's
screwing up her lungs.

She quit when pregnant ⟹ when had
her first cocktail, back she went.

Doesn't really enjoy smoking - it's an
icky habit, but good with drinks.
She'd like to quit.  Has cut back.
And she tosses old ones - MLs get
harsher when they get stale.

A lite cigarette = feels lighter when
you inhale,  Has to do with the filter.
Maybe it's longer or denser.  Lighter filter
when done with it
She believes they have lower T&N,
but hasn't looked.   She knows they're

Fri-
1 pack
then
3 cigs

social
smoke

HAUSER

W0DFF4202

horrible for you, one's as bad as the other.

Lower T&N - doesn't even look at the box. They study it - she knows it's bad.

Doesn't know what T&N are - just they makes your lungs black, discolors.

A lite cig is 80% as dangerous as Reg.

Not an excuse for quitting; but cutting back.

She would, when she has the money, she'd pay a premium. But often she doesn't have the money.

Even if Lites are as unhealthy as regs, she wants the Lite - taste, feel are better "lighter"

WDDFF4203

## Lourdes   3/9/05  7

Started smoking since HS - everybody was doing it, wanted to be "cool". Her cousin smoke Parliaments - she liked how light the taste was, and was hooked. ~~Now she~~

smokes < 1/4 pack a day. An evening smoker - its like a relaxation thing, not people or drink-related.

- but she doesn't like the smell, etc. and is not tempted at all during the day.

She's tried to quit - when married for 5 yrs - snuck her way the 1st yr. but then quit. Then she thought "what am I gaining?" and stopped. Doesn't need to quit but could if she wants. Stress makes her smoke, it relaxes her.

After Parl she went to Kools - very strong. Her boyfriend smoked 'em. Then needed something lighter. Another friend smoked Newport Lights, and so now she smokes those.

Lites don't make her cough. And less buzz or headspin than regs.

Doesn't know why Lites are lites. T&N - "what the cigarette releases" - doesn't know how that varies btwn lites & regs.

Lites are more healthy because they're not as strong. Not clear why; just judges from taste. White filter lighter than gold filters   50% as dangerous.

Mostly concerned about how the house smells

HAUSER 053

Cigs - Pretests 3/25/05 1.

10:50 -

Stacey
- Need DK for smoking history questions.
- Brand list - people get confused - what about Carlton Menthol Lights vs. Carlton.   2.5 mg
- Conjoint is "Going to be fun"
- Price descriptions: She pays $50 per carton? in NH   *two*
  (10 packs)
- Pack type - "whatever the person gives me" - so
  should we let her indicate no preference/DK:
"Tastes like a your brand of Light Cigarette"!!
Health risk scale is fine.   She knew they're all the
same, so ~~they~~ she put in 100s. - she heard about it. And yet...
Taste scale - she's not sure, since Carlton
doesn't have a regular version, but she ended
up managing - her husband smokes ~~Camel~~ reds   *more*
choice directions - "a lot of reading, you have
to think about it" but not impossible.
Conjoint - a bit confusing, but she got it.
  She thought she needed another choice.   *she pays attn only to price - nothing else matters*
- Put in the progress bar - she can't
  see the new choice exercise pop up.
She got a bit scared by "HR > reg cig", *a buck is serious money.*
20% and 50% - that sounds fine.  "50% is crazy" -
as long as the HR is greater, even though she knows
its the same."   "I'm not paying more - forget it."
She thinks carefully about each choice
"Shelly's here" (just signed in)

HAUSER 065

WODFF4205

"50% is a number that makes me say, "I'm doin' it!"
"Who said pack type matters?"

11:15   Demos - she paged down easily.
It would take her a bit longer at home -
"That was fun!"

Tom & Todd - Give Tom the URL

* Put in the progress bar!

Chris - 10:30

Bob -

HAUSER 066

WODFF4206

Jenn - Pretest 3/28/05  1.

AMSCIO

* She smokes both lights & ultralights.  Lights w/more and ultra-lights - to be better.

Health risks - "Am I supposed to be answering something here?"

She thinks the level of tar is the difference btwn light, reg & UL.

She'd smoke Marlboro Reds if she could.  They're stronger.

She uses Hard Pack Only - soft packs are a pain to get out, they crush, you get nicotine ~~out~~ all over your purse.

She pays ~~$50~~/pack of 10 here.

* She's still wondering when she'll answer some questions!

Choices: "This is a hard choice!  Oh, shit!" But she putters away and does well.

* Where's the progress bar??

She won't pay more.

"It all made sense?"

Sponsoring - "Someone's trying to ~~come out with~~ figure out what's most important?"

~~~~ Did I drive her to say what's most important?  No.

HAUSER 067

WODFF4207

Derrick 3/28/05

He's fast. He pays ~$6/pack in the North End
Hard pack is very important to him.
Marlboro Reds = "Cowboy Killers", he says.
He prefers taste of regular. He knows about the vent
holes. He started with Marl. Mediums, then went on
to lights.
    The choices are a bit of work - but it's more the
format than the # of choices.
*    It'd be nice, he says, to have the hard packs
in one color and the soft packs in another.
He says the focus of the survey is not really
on the health risk - it's on taste & price
    He does a lot of trade-offs vs. EBA, so it's
a little harder for him. But he did it.

Guessing the sponsor? A cigarette company.
Maker of Marlboro - PM.
Purpose - how much taste is a driver more
  than cost (or pack type).
No demand artifacts, and he wouldn't
do it anyway - it's anonymous.
L, UL - not as much safe as they want people
to think - he knows about covering up the holes.
but they're still safer.

HAUSER 068

W0DFF4208

Pretest

1. Pretest price ranges — are they realistic? Do they bracket the ranges that might be given? Try 50, 80% less

2. Do they understand the meaning of the price levels?

3. Check that risks of $UL \leq L \leq R$. See his pretest Q — more risky, as risky, or less risky?

4. Ask about reaction to T&N — do they get it, ~~do they get~~ would it change their decisions? Do you assoc T&N with health risks?

1994-1998  right now.

⟹ call Todd & Tom about this.

C:\ Prog Files \ sawtooth Software\ SSI Web\ LocalWeb \ htdocs

10:30 Joan

5. WHO IS SPONSORING? WHAT DO THEY WANT?

HAUSER 069

WODFF4209

Cigs - US DEMOS   3/25/05 1.

HH ≥ 18

Sex   48.3% Male
      51.7% Female

Light cigs ~ 10%

Age   13.0%   18-24
      19.1%   25-34        18-34: 32.1%
      21.6%   35-44        35-54: 39.6% | 100 |
      18.0%   45-54        55+ : 28.3%
      11.6%   55-64
      16.7%   65+   Challenging

                                    (Use
                                     HHLD )?

household
Income.24   55.7%   Under $25K              29.3%
            26.1    25-50K      0-50K 56.6%  27.4%
      19.3  10.2    50-75K      50-100 29.3%  15.3%
      (0)?  3.8     75-100K     100+ 14.1%   11.0%
      13.4  4.2     100K+                    14.1%

Marital      24.8%   Single (Never Married)
             55.0%   Married (Spouse present)
             3.6%       "        "    Absent
             6.4%    Widowed
             10.1%   Divorced

UM - mtg.

HAUSER 070

WODFF4210

Christine 3/29/05 1.

How many years ago did you start smoking?
- use numbers instead of words for numbers
- add DK?

The Better Taste scale was confusing. She
thought it was the strength of the taste, not
how much she likes it - she'd rather see
her brand of light cigarette = 100
And reword it so it's more unambiguously
about better taste, not strength of taste.
Who's the sponsor? Marlboro, because they
say regular, light, & UL. Parliament
just has L & UL. Newport has menthol.
Marlboro fits best.  They're doing it because
UL sales are up and they want
to know why, and what would happen
if they varied certain things.
   Demand artifacts? Not at all. She
assumed it had nothing to do with it.
Plus cigarette opinions are pretty unambiguous
you're not just making it up.

smokes MLs. Next   3/29/05
a paving guy.  loves the hardpack  He's thinking
hard about the tradeoffs. --  They're making
me  He's making logical, consistent choices.
Not bad for $50!
Guess PM is sponsor, and they want to

HAUSER 071

WODFF4211

know % of people who are more health conscious vs others - will they pay for that, or for taste

Mike 3/29/05 12:50p
He says I did a very good job on it. An A+! Sponsor? Either a cigarette co. or a health care company. The former is more likely. They want to see if they should make more R, L, or UL cigarettes. If HC co, it would help them see what public smoking patterns are so they can tailor health care plans.
Demand artifacts? No. No leading or attempting to sway.
What makes a light cig light? Different poisons & tobacco.

Mary Ann 3/29 1:25
Sponsor? A cigarette co, wanting to see trade offs of HR, T & Price
Demand artifacts? No. She was honest.
Light= reg on TV commercials. From PM? She smokes L's because they might be a little bit better. Fool myself.

HAUSER 072

W0DFF4212

Done

✱

#

Sharon 3/29/05 1. 4:15
Taste scale· first Q should be REGULAR 1
50% less   should be 50% LESS in conjoint
Sponsor: Philip Morris, to find out info
for adv or marketing and positioning and
pricing.

Melissa #6        4:45
Likes ULs best!  But is a Parliament smoker,
and they don't appear to have ULs.
It wasn't bad
Sponsor? a Marlboro thing, because of
reds, lights, ULs - they want to
see what's most important to people.
Demand Artifacts.. No.

HAUSER 073

WDFF4213

Greenfield: Mark & Jackie 3/29/05 1.
Getting the sample.
Paying people: don't pay unless they
screen out is the usual policy. We'll go
that way. The terminates link is different
from the completion link.

Invite ⇒ our screener ⇒ smoking? ⇒ complete
                    ⇓                    ⇓                          ⇓
              terminates                               send Greenfield
            (different link)                           list of completed
                                                        IDs

Old normal way: we'd say we need 100 light
smokers; we'd give 'em quota groups, and
on we'd go. That's how it was priced originally,

Jackie - 100,001 ⇒     C C
          - 100,001 ⇒

HAUSER 074

W0DFF4214

**Cigarette Smoker IDIs**
*Recruited for AMS*
By National Field + Focus.

| Time: | First | Last | Phone1 | Phone2 | Rec. | Sex | Age | Educ. | Brand. |
|---|---|---|---|---|---|---|---|---|---|
| 11:30 AM | | | | | ka | f | 21-34 | SC | Newport Lights |
| 12:00 PM | | | | | dt | m | 35-49 | CG | Marlboro Lights |
| 12:30 PM | | | | | ka | m | 35-49 | CG | Newport Lights |
| 1:00 PM | | | | | df | m | 50+ | SC | Marlboro Lights |
| 1:30 PM | | | | | ka | f | 50+ | CG | Marlboro Lights |
| 2:00 PM | | | | | df | m | 35-49 | CG | Marlboro Lights |
| 2:30 PM | | | | | ka | m | 35-49 | CG | Newport Lights |

REDACTED

Session Date: Wednesday, May 18, 2005
at Applied Marketing Science

HAUSER 232

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER IN SCHWAB LITIGATION

W0DFF4215

Cig Ints 5/18/05 2.

Cynthia   1:30pm.

MR lights or American Spirit Lights. Just wants variety, and ASL's cost more. MRL = $4.60, ASL = $6.00. ASL's are additive-free.  Switches among brands, but generally lights, sometimes regs. Likes the taste of lights better; regs when she wants an extra kick.  T&N = naturally occurring properties of tobacco.  Nicotine = the drug, a stimulant;  Tar comes from the leaves.  Supposedly they vary by L, R, etc. She can feel diff more in nicotine than tar; or maybe not.  T&N v. HR: N has less to do with HR than tar... it's hard to say.  Light cigs do have same tobacco, diff filter.  Maybe chemicals, but probably the filter.

Was a hard-pack-only person until the going got tough.

Karl 2:30

Newport Lights. Grew up on Newports, but wanted something lighter, and other brands didn't taste as good.  Switched 20 yrs ago. Likes taste of L's better, doesn't make you hack.  Back 20 yrs ago, there was a fiberglass rumor.  T&N - Tar = the ingredient that bonds the cigarette, and the nicotine is the flavor -

WODFF4216

and the addictive agent. T&N & HR.
The T&N buildup in lungs restricts blood
vessels.    Smokes ≤ ½ pack a day.
He's cut back dramatically.  He would like
to quit, but it's too hard.  UL's - only
when desperate.  Suckin' wind.
Lights have the same T&N as reg.  It's
the filter.   But still the same.  It's a
taste factor,      Less harsh.
Answered the "HR" so q. correctly. 100 & 100.
* Taste - Maybe have a "DK" option - if people
haven't smoked other types, they may not know.
Taste doesn't hit him as much as HR.

HAUSER 234

W0DFF4217

CONFIDENTIAL – SUBJECT PROTECTIVE ORDER IN SCHWAB LITIGATION

HAUSER 235

Cig Ints 5/18/05

Leanna REDACTED

*TiN scale question: should = None, not "harmless"

1. Casual Smoker, MRs. 1 or 2 cigs/day. Likes Menthol, low TiN. Her Newport Menthols, which she says have low TiN- "50%". Tar is bad, nicotine is the addictive. Tar is the greater health risk. Reg cigs give more TiN than light cigs. Different filter, fillers. She likes the taste of lights better than regs and ULs.
   Did OK. $50.

Christopher

2. MR Lights recently; MRs before that. Trying to get ready to quit. A staged withdrawal; but read in Globe that lights are a joke. But he's grown to like lights, so on he goes...
   He thinks there's less tar, same nicotine in a light cig. How, ¿quien sabe? TiN & health risk. Same deal.
   Likes taste of reg cigs better! (125)

Mark REDACTED

3. Newport Lights; used to smoke Newports. Trying to cut down, tried patches (didn't work), would like to quit. TiN: Tar is the reason. N is the addictive aspect. TiN = HR. Not clear why lights are light. Might be filter. Has heard lights have same TiN as regs, but it's a mental thing.

WDDFF4218

Mark had some trouble with the 2 scale questions - and he was in the mindset of the first on the second. He recommends a totally different scale, like 0 to 15. Choice page also a tad difficult until he read it closely. <u>Doesn't</u> do soft packs.

4. Chuck [REDACTED]
MR Lights. Used to smoke regulars, but trying to cut back. Lights have a lighter taste, don't take your breath away. T&N - lights have less. T&N v. HR - everyone lives long, and his father smoked 'till '92. But basically, T&N ≈ HR. He likes lights better than regs.

5. Brian [REDACTED] (2pm but really at 1)
MR Lights, started with MR regs. & menthols. Switched to lights for HR - still bad for him, and fooling himself. Doesn't like smoking. Prefers taste of reg to lights, but all about the same. Smokes a pack/day. Started in his '20s. His girlfriend. T&N - it's not good for you. N = the drug, T = the shit that comes out. T&N ≈ HR. Lights have lower T&N. Maybe they're all fooled, though.
Q: might tell people there'll be a number of screens they'll just read, no Qs...

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER IN <u>SCHWAB</u> LITIGATION

HAUSER 236

WDFF4219

**Cigarette Smoker IDIs**
*Recruited for AMS*
*By National Field + Focus.*

| Time | First | Last | Phone1 | Phone2 | Rec | Sex | Age | Educ | Brand |
|------|-------|------|--------|--------|-----|-----|-----|------|-------|
| 11:30 AM | | | | | ka | f | 21-34 | SC | Newport Lights |
| 12:00 PM | | | | | df | m | 35-49 | CG | Marlboro Lights |
| 12:30 PM | | | | | ka | m | 35-49 | CG | Newport Lights |
| 1:00 PM | | REDACTED | | | df | m | 50+ | SC | Marlboro Lights |
| 1:30 PM | | | | | ka | f | 50+ | CG | Marlboro Lights |
| 2:00 PM | | | | | df | m | 35-49 | CG | Marlboro Lights |
| 2:30 PM | | | | | ka | m | 35-49 | CG | Newport Lights |

√ $50
√ $50
√ $50
√ $50
√ $50
√ $50

Session Date: Wednesday, May 18, 2005
at Applied Marketing Science

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER IN SCHWAB LITIGATION

HAUSER 237

WODFF4220