EXHIBITS

WODFF4596

# Panel Management Practices



*Greenfield Online data quality is a direct result of the pains we take to ensure the quality of the Greenfield Online panel - the industry standard.*



W0DFF4597




# Panel Management Practices

*Greenfield Online data quality is a direct result of the steps we take to ensure the quality of the Greenfield Online panel - the industry standard.*

### Recruitment process

Both Greenfield Online and Ciao have similar recruitment philosophies and recruit using a multi-sourced approach. We use a variety of high, medium and low traffic sites in order to have a broad representation of possible members.

In France, Germany, UK, Italy and The Netherlands we leverage the traffic generated by the Ciao website. These portals attract over 30 million unique visitors every month.

### Enrollment process

All respondents opt-in to participate in surveys and must complete Greenfield Online's "Double Opt-in" process. After completing the panelist enrollment form on www.greenfieldonline.com, www.surveycenter.com, or one of our many International panel websites. Members receive a confirmation email and then must respond to a second survey before the enrollment is designated "Complete." This allows Greenfield Online to confirm the accuracy of the information provided during the registration process.

We solicit panelists through our alliances with a wide-ranging and diversified selection of Internet properties from across the Web, as well as a Webmaster Affiliate program. We also recruit panelists via banner advertisements, text links and other methods, both on- and offline.

At signup, we require panelists to enter a code embedded in a graphic image. This ensures a person and not a machine-based registration is occurring. We do not permit duplicate email addresses or respondents to signup. We verify at signup this duplication using an algorithm checking several different fields (First/Last Names, Address, zip code, gender, year of birth, etc). We only allow one submission per email address and track and store all participation in our database. Finally, reward checks are mailed to a physical address, mandating the

1



provision of a real address at signup. Then we check for duplicate physical addresses/names when pulling lists for incentive payments. It may sound exhaustive, but it's worth it to guarantee quality.

**Panel maintenance:** The Greenfield Online Panel is our core asset. That's why we protect, nurture and cultivate it with every tool at our disposal, from our crack team of Internet designers, content providers, operations and panel teams and always on-call sales staff to our never-ending technology and methodological upgrades. We actively manage our panel to ensure ongoing cooperation and quality responses from our members. Our maintenance plan, described as "rigorous" by some, includes the following management responsibilities:

- Relationship management
- Incentive program development and administration
- Monitoring response times and completion rates
- Maintaining a historical record of all panelist activity
- Periodic re-profiling and data updates
- Cleaning and refreshing the panel
- Regular reporting on composition and response rates
- Compliance with privacy-protection laws and practices

**Relationship management:** The panelist experience should always be a positive one, and that's why most Greenfield Online panel members maintain their "active" membership status for two years or more and complete between 25 – 30 surveys over the course of their enrollment.

Members complete a two-step enrollment process upon joining the Greenfield Online panel. Demographic information is collected, and then member profiles become the bricks of targeted, accurate samples that ensure members participate in relevant surveys. Because frequent contact helps to maintain a panelist's sense of commitment we feel it important to send underutilized panel members various screening surveys on a regular basis, which keep them in the "practice loop" and contribute yet more information to their member profiles. Online respondents must be contacted on a regular basis, more so than for an offline or mail panel, and the nature of the Internet makes it possible and desirable to maintain consistent communications. We invite members to participate in a variety of project-types, from omnibus surveys to online focus group sessions. Respondents appreciate the variety and do not become sensitized to certain study-types.



W0DFF4599





To personalize the panelist experience, Greenfield Online also offers panelists a live help desk. It costs a bit to maintain live support, but we believe that personalized responses to member questions encourage participation, enthusiasm and foster a sense of community.

We estimate between 25-30% attrition rate each year.

**Incentives:** Although there are many panelists who simply enjoy participating, incentives play an important part motivating our panelists to participate. To avoid panel/client conflict, we generally use cash instead of product sweepstakes or giveaways, preferring to pay small to medium-size payments that can range from $1 - $50. Studies show that so-called "Pay All" incentives create better response rates and improve repeat participation versus large payouts to only a few respondents. Incentive amounts are determined based on the length of the survey, respondent incidence level, and subject matter.

Optimizing response rates, retention, and panel depth requires a certain level of engagement that goes beyond cash rewards. Thus our Help Desk Staff adds value to our relationship. We make sure our panelists receive enough survey opportunities to stay engaged, but at the same time, our guidelines manage exposure to surveys and remove panel members from the pool for a specified time after every completed survey. This discourages so-called "professional" survey takers from unfairly weighting the sample.

Furthermore, the efficacy of telephone surveying is under scrutiny. Interview refusal rates are close to 60%* for telephone and studies. Ohio-based Burke Interactive Inc. recently reported that when given a choice between taking a survey over the phone or the Web, up to 90% of people with Web access chose the Internet. And because more and more companies disguise telemarketing as market research, consumer participants can become frustrated and unhelpful.

**Periodic re-profiling and data updates:** Members joining the Greenfield Online panel respond to a detailed set of demographic and behavioral questions – we collect more than 2,500 data points on our members. Realizing that member information changes over time, we perform maintenance on an annual basis to ensure member data are updated. In addition, members can update their personal biographies on their own, if they wish, in Greenfield Online's profile maintenance area. On average, 26% of panelists visit and modify their profile every month.

3

 

**Cleaning and refreshing the panel:** Panel management systems continuously clean our panel, including email response management. When email "Bounce Backs" or "Unsubscribe" messages come in, they're automatically categorized, then addresses are deleted. Non-responders are also highlighted and our business "Rules of Re-Engagement" that have proved successful in reactivating their participation. Continuing non-responsive members are eliminated from the panel quarterly. Panel members that participate in online surveys to excess, either by requesting to participate in additional surveys, or revisiting surveys that they have already participated in, receive extra scrutiny. If they are revealed to be representatives of the dreaded "Pro Survey Takers," they too are expunged from the panel during the quarterly update.

Regular reporting on composition and response rates: Our operations and panel teams meet bi-weekly to review completed study response rates, schedule future projects, delineate the attrition of the current panel and developed new methods to recruit new members.

Fighting against SPAM: The abuses of telemarketing and "SUGging" (Selling *Under* the Guise of research) have harmed the telephone research industry. Greenfield Online stands committed to preventing such abuses online. Remember, 100% of respondents have to opt-in to the Greenfield Online panel and never do we SPAM in any form. We have recently joined HABEAS, which prevents ISP's from mistakenly blocking panelist-approved Greenfield Online email.

## Response rates and panel relationship management

Response rates are viewed as a measurement of success, and that success is primarily driven by the availability of the sample requested. Responses can range as high as 70% for highly targeted surveys and as low as 5% for tough-to-reach segments. This measurement of panel cooperation is affected by the incentives offered, the member's personal level of engagement and the comprehensiveness of the profile used to create the sample.

Greenfield Online takes this dialogue with panelists to the next level. Key to this effort is providing research services to our clients and to our panel as well. As we've mentioned, under-utilized panel members are surveyed to expand their profile after which we share the results and offer up another questionnaire. This motivates the most valuable panelists, those who take surveys for non-monetary reasons, and allows us to deepen their profile. Ultimately the snowball effect of a deep panel profile, which avoids panel-wide canvassing, keeps surveys interesting and relevant to each individual.

W0DFF4601

 

That's the kind of extra effort is what drives response rates higher.

### Preferred communications methods

We continue to develop new and innovative ways to communicate with panelists and optimize participation. In response to panelist suggestion we have developed SAM – the Survey Alerts Manager™. SAM is easily installed on our panelists' PCs and functions as an instant alert system. Members are alerted as to when they have been invited to a Greenfield Online survey, and can choose to participate instantly, decline the invitation, or ask that they be notified in the future. This new technology helps us to dialogue with research resistant groups, bypass SPAM email filters, and expedite survey response.

Many members prefer this communications method and opt for SAM invites rather than email, as such, we are able to obtain responses from panelists that do not check email regularly, or receive too many emails to process.

### Respecting privacy

Our research studies report aggregate information only. We traffic in information about groups—not individuals—and no personally identifiable information such as the respondent's name or email address is ever revealed. Nor is individual information ever reviewed or published. It is irrelevant to our research, anyway. We adhere to a strict privacy policy that fosters a trusting relationship in which the panelist feels free to answer honestly and completely on deeply personal and sensitive matters. All individual information is strictly confidential. As mentioned, Greenfield Online is a member of TRUSTe, BBBOnLine, CASRO, and a founding member of IMRO. Our privacy policy is clearly stated and is easily accessible on our Greenfield Online websites. An additional, industry-wide safeguard is COPPA, or the Children's Online Privacy Protection Act is an FTC regulation that protects children age 12 and younger from providing personally identifiable information online. In compliance with the act, Greenfield Online never knowingly collects information from an individual under the age of 13. To accommodate projects that require underage respondents, Greenfield Online sends survey invitations to the child's parent or legal guardian to ask for consent. Parents must then personally invite their child to participate. The information that is collected from children under the age of 12 is not stored in any fashion, and just as with Greenfield Online panel members, clients never receive personally identifiable information.

W0DFF4602




### Avoiding over-surveying/professional respondents

We monitor all interactions with our panelists. Each invitation and participation (be it successful survey participation, termination or quota being filled) is registered in our database. Panelists can be contacted 3 or 4 times a month, however, they should not participate more than twice a month.

We have a sampling algorithm that takes into account all past participation and once frequent responders are excluded, it randomizes the sample. This helps us guarantee the highest quality of sample for each project.

### Verifying members

It is important that we are surveying the right people.

Bank accounts are one way to monitor member participation, but we also track responses. In a typical project we have less than 2% of the sample with a disparate answer for age or gender. This is a very low number. Those 2% can be explained by shared email addresses by other family members. Overall we have little to no reason to doubt of the authenticity of our panelists.

### Recruiting and management in Europe

Both Greenfield Online and Ciao have similar recruitment philosophies and recruit using a multi-sourced approach. We use a variety of high, medium and low traffic sites in order to have a broad representation of possible members.

In France, Germany, UK, Italy and The Netherlands we leverage the traffic generated by the Ciao website. These portals attract over 30 million unique visitors every month.

We have local language enrollment for 19 countries, some of which are available in 2 languages, including, China, Belgium and Canada. We also capture additional international respondents through an international sign-up. The sign-up process is identical in all countries, though the profile itself is developed specifically for each country.

 

**Power your research with Greenfield Online's experience, technology and people.**

By providing multiple avenues to access respondents, Greenfield Online uses our research and panel expertise and our proprietary technologies to design the appropriate recruiting plan to build a custom panel as well as provide access to our online panel to ensure our clients get high-quality, actionable results to meet their information needs.

Our clients gain a complete picture not only of their own customers, but of the features of the competitive landscape as well.

Greenfield Online Panels put you, and ultimately your clients, at a competitive advantage.

7

W0DFF4604