Page 289

```
 1                UNITED STATES DISTRICT COURT
 2             FOR THE EASTERN DISTRICT OF NEW YORK
 3
 4
 5
      BARBARA SCHWAB, et al.,              :
 6    individually and on behalf of all    :
      others similarly situated            :
 7                                         :
         VS.                               : C.A. NO. CV 04-1945
 8                                         :
      PHILIP MORRIS USA, INC., et al.      :
 9
10
11
12
             VOLUME 2, VIDEOTAPED DEPOSITION OF JEFFREY E.
13    HARRIS, M.D., Ph.D., a Witness in the above-entitled
      cause, taken on behalf of the Defendants, before Carole J.
14    Ogden, Registered Professional Reporter, a Notary Public
      in and for the State of Rhode Island, at the offices of
15    Blish & Cavanagh, LLP, 30 Exchange Terrace, Providence,
      Rhode Island, 02903, on March 9, 2006 at 9:00 a.m.
16
17
18
19
20
21
22
23
24
25
```

Page 446

1  America?
2  A. I believe that's right.
3  Q. Marlboro Red is second?
4  A. Yes.
5  Q. Winston is well down the list, Winston full flavored
6    is well down the list?
7  A. I don't know where it is.
8  Q. Let me ask you to assume for purposes of this question
9    that the market share of Winston full flavored has
10   declined precipitously, and that it's now eclipsed by
11   many other brands and styles. Okay?
12 A. Okay.
13 Q. Doctor, are you aware of any pricing decision by R.J.
14   Reynolds, the manufacturer of Winston full flavored,
15   to reduce the price of Winston full flavored in
16   relation to other premium cigarettes as a result of
17   the declined market share of Winston full flavored?
18 A. I am -- I believe there was a contemplated
19   decision, and I believe that was referred to in an
20   internal document that was placed in evidence in the
21   Price trial, but I'd have to look at that document
22   again to give you a complete answer.
23 Q. Are you aware of whether the price of Winston was ever
24   actually reduced by the manufacturer in relation to
25   the price of other premium cigarettes?

Page 447

1        MR. GALLAGHER: Objection to the form.
2  A. During the price war of 1983, yes.
3  Q. In relation to other premium cigarettes?
4  A. Yes. There was a time in 1983 where the prices
5    did not line up.
6  Q. Brief period of time; is that correct?
7  A. Several months, yes.
8  Q. You mean 1993?
9  A. 1993. Sorry.
10 Q. So-called Marlboro Monday and its aftermath?
11       MR. GALLAGHER: Marlboro Friday.
12 Q. Marlboro Friday and its aftermath?
13 A. The commonplace trade name for the price war is
14   Marlboro Friday, or for the initiation of the price
15   war, but the price war itself, according to current
16   economic views, lasted a considerable amount of time.
17 Q. Now, it's common for manufacturers of consumer
18   products to price all of their products or
19   substantially all of their products at the same price,
20   regardless of relative market share of the products
21   involved; is that correct?
22       MR. GALLAGHER: Objection to the
23   form.
24 A. Could the question be read back.
25       (LAST QUESTION READ BACK)

Page 448

1  A. No.
2  Q. Well, let's go over some examples. Okay? Let's turn
3    first to soda, to soft drinks. Coca Cola makes many
4    products?
5  A. Yes, it does.
6  Q. Even within the range of products called Coke, there's
7    Coca Cola, there is non-caffeinated Coca Cola, there's
8    Diet Coke, there's un-caffeinated Diet Coke, there's
9    Cherry Coke, there's Diet Cherry Coke, there's Cherry
10   Vanilla Coke, there is Diet Cherry Vanilla Coke, there
11   is Lime Diet Coke, there's Lemon Diet Coke, and there
12   are other Coke products. Are you familiar with any
13   difference in price among those different products?
14 A. I haven't --
15       MR. GALLAGHER: I'm going to object to
16   the waste of Dr. Harris' time that these type of
17   questions are. Go ahead, Dr. Harris.
18       MR. GROSSMAN: Your objection is
19   noted.
20       MR. GALLAGHER: Let's talk about Coke.
21 A. I haven't studied that. I don't know.
22 Q. As a consumer, have you noticed any difference in
23   price among those?
24 A. No. I don't buy Coca Cola at all.
25 Q. Do you buy Pepsi?

Page 449

1  A. No.
2  Q. Do you buy any soft drinks?
3  A. From time to time.
4  Q. And when you do, do you notice a difference in price
5    by the flavor of the soft drink involved from the same
6    manufacturer?
7  A. I don't buy enough sodas to give you an answer to
8    that question.
9  Q. Do you ever buy yogurt?
10 A. From time to time.
11 Q. In any given brand, say Yoplait, is there a difference
12   in price between blueberry versus apricot versus mango
13   versus blackberry?
14 A. You mean in contradistinction to any difference
15   between Yoplait and Columbo?
16 Q. Yes.
17 A. I don't know.
18 Q. Have you ever noticed any difference in price with any
19   given brand for different flavors of the yogurt?
20 A. If you're asking me as an individual consumer, I
21   don't know. If you're asking me as an expert, I do
22   not intend to render any opinions on the prices of
23   yogurt or soft drinks in this case.
24 Q. I am going back to the question I asked before. Isn't
25   it true that with consumable products manufacturers

41 (Pages 446 to 449)

Page 450

1  often decide to price all of their flavors, all of
2  their products at the same price regardless of the
3  percentage market share of those individual flavors?
4  	MR. GALLAGHER: Objection to the form.
5  A. No. That's not a general rule. That sometimes
6  occurs in certain markets, and it can depend on a
7  number of economic factors, but it is hardly
8  universal.
9  Q. I didn't say it was universal. It is common. It is
10  done with regard to a number of food and other
11  consumer products?
12  A. I can't put a handle on the word "common" when I
13  think about a hard back versus a soft back textbook
14  for my students, so I don't think I can answer that
15  with any specificity. Certainly there are lines of
16  products in which different variations of the same
17  product have the same retail price, and there are
18  still others where there are substantial variation by
19  product type, even within the same brand.
20  Q. Could you give me an example of the second.
21  A. If somebody bought a car, the price would vary
22  depending on whether there was air conditioning, a
23  stereo system, a sun roof, the power of the engine and
24  other features, even though all those cars are the
25  same brand.

Page 451

1  Q. Manufacturers' costs would vary tremendously on --
2  based upon whether there was air conditioning or a sun
3  roof, right?
4  	MR. GALLAGHER: Objection to the form.
5  A. I don't know how much car manufacturers' costs
6  actually vary.
7  Q. You haven't studied that; is that correct?
8  A. No. But they do vary.
9  Q. And a particular brand of car may be sold not only in
10  different colors but with many different
11  specifications; is that correct?
12  A. Correct.
13  Q. But in consumable products, which is what I was asking
14  about, people don't eat cars, right?
15  A. People do not eat cars, correct.
16  Q. In consumable products could you give me an example of
17  industries where companies price differently based
18  upon different flavors and where the manufacturing
19  costs are essentially the same?
20  	MR. GALLAGHER: I'm going to renew my
21  objection about this being a waste of time.
22  	MR. GROSSMAN: Okay.
23  A. In the pharmaceutical industry, sellers of both
24  prescription and over-the-counter products whose
25  marginal costs of production are very small will

Page 452

1  nonetheless charge different prices for different
2  medications or drugs depending on many different
3  attributes such as capsules versus coated, long acting
4  versus short acting, generic versus prescription, and
5  drugs, medications are consumable.
6  Q. Isn't it correct that in the cigarette industry,
7  cigarette manufacturers generally have not changed the
8  prices for specific brands or styles of cigarettes to
9  meet the market share of that particular brand or
10  style?
11  	MR. GALLAGHER: Objection to the form.
12  A. I don't understand your question.
13  Q. The market share for regular cigarettes has declined
14  over the past 30 years; is that correct?
15  A. Do you mean non-filter cigarettes? Yes.
16  Q. Yes. Let me -- that's a very good -- that's a very
17  good answer to that question. What does regular
18  cigarette mean?
19  A. I don't know.
20  	MR. GALLAGHER: Objection to the form.
21  These are your terms, full flavor, regular.
22  	MR. GROSSMAN: No. Regular is your
23  term.
24  	MR. GALLAGHER: Why don't you define
25  the terms that you want? This is not a test. Do you

Page 453

1  want to get a dictionary out to tell you what regular
2  means? What does your company mean, say it means?
3  You're its representative.
4  Q. Doctor, regular cigarette is an ambiguous term; is
5  that correct?
6  	MR. GALLAGHER: Objection to the form.
7  Q. It could mean different things to different people?
8  A. It could mean, in a different context, if you said
9  regular non-filter or regular filter.
10  Q. But if you just say regular cigarette, it's an
11  ambiguous term?
12  A. Correct.
13  Q. Now, Doctor, because it could refer to a non-filtered
14  cigarette or to a filtered full flavor cigarette; is
15  that correct?
16  A. Or it could have other connotations as to what a
17  person's regular brand is for example.
18  Q. All of those are possible connotations; is that
19  correct?
20  A. Out of context, yes.
21  Q. Doctor, the -- let me rephrase my earlier question to
22  take out the ambiguity. The market share for filter
23  cigarettes with 16 milligrams of tar or above has
24  declined greatly over the last 40 years; is that
25  correct?

VERITEXT/SPHERION DEPOSITION SERVICES
(212) 490-3430

W0DF60539

Page 454

1  A. I don't know. You said filter cigarettes?
2  Q. Filter cigarettes with 16 milligrams of tar or above.
3  A. I know the market share of all cigarettes with FTC
4     tar of 16 and above has declined since the 1970s, but
5     I -- and I know that the market share of non-filter
6     cigarettes has declined considerably, but if you focus
7     on filter cigarettes, I'd rather look that up before
8     answering.
9  Q. Okay. You have no opinion on that?
10          MR. GALLAGHER: An opinion on a fact?
11          MR. GROSSMAN: It's a good point.
12          MR. GALLAGHER: This is stuff that we
13     can look up in the FTC. Why are we wasting time
14     giving Dr. Harris a test?
15          MR. GROSSMAN: I'm not giving him a
16     test. I'll give you --
17 Q. Let me ask you to assume that in 1965 the great
18    preponderance of all cigarettes sold in the United
19    States were filter cigarettes with deliveries as
20    measured by the FTC of over 15 milligrams of tar, and
21    that today the great preponderance, 85 percent or
22    more, of all cigarettes sold in the United States are
23    filter cigarettes with deliveries of less than
24    15 milligrams of tar. 15 milligrams or less. Okay?
25 A. So I'm to assume nothing about non-filter

Page 455

1     cigarettes? Your hypothetical is that in '65, that
2     is, 1965 the great preponderance of all cigarettes are
3     filter cigarettes with 16 milligrams of FTC tar?
4  Q. Or more.
5  A. Or more. Okay. That's the hypothetical.
6  Q. And today more than 85 percent of all cigarettes sold
7     in the United States have 15 milligrams of tar or
8     less.
9  A. All right. That's the hypothetical.
10 Q. Are you aware of any decisions by the cigarette
11    companies with regard to any brands or in general to
12    decrease the sale price of cigarettes with
13    16 milligrams or more of tar --
14         MR. GALLAGHER: Objection to the form.
15 Q. -- to meet the decline as posed in the hypothetical --
16         MR. GALLAGHER: Sorry.
17 Q. -- in the market for cigarettes with 16 or more
18    milligrams of tar?
19         MR. GALLAGHER: Sorry. Objection to
20    the form.
21 A. I'd have to do some investigation of that, because
22    it is possible that some manufacturers changed some
23    high tar brands from premium to discount during the
24    time period under discussion, but I do not know
25    offhand.

Page 456

1  Q. Almost every major brand is sold in a family, right?
2  A. Correct.
3  Q. Marlboro, Marlboro Light, Marlboro Ultralight, Camel,
4     Camel Light, Camel Ultralight?
5  A. Correct.
6  Q. Do you know of any differences by style type within
7     brands that manufacturers have made in pricing
8     decisions?
9  A. I can't think of a case that I know of in which
10    the wholesale price of one member of a family is
11    different than another offhand.
12 Q. And that's true notwithstanding differences over time
13    in the percentage of that brand family that was light
14    and the percentage of that brand family that was full
15    flavored, correct?
16         MR. GALLAGHER: Objection to the form,
17    the use of the term "full flavor".
18 A. That's correct.
19         MR. GROSSMAN: Why don't we take a
20    two-minute break? All right.
21         THE VIDEOGRAPHER: It's 3:24 and we
22    are off the record.
23         (A RECESS WAS TAKEN)
24         THE VIDEOGRAPHER: It is 3:38 and we
25    are back on the record.

Page 457

1  Q. Thank you. Doctor, let me direct you if I may to your
2     opinion of February 28, 2005.
3  A. Yes.
4  Q. Now, at the time of that opinion you were commenting
5     only on the Knowledge Network survey because the AMS
6     survey had not yet been completed; is that correct?
7  A. Yes. It was only at best a contemplation stage.
8  Q. And with regard to the loss of value approach, your
9     final sentence on Page 7 before you address the loss
10    of market is, and I quote, moreover, there is already
11    sufficient survey evidence to conclude that the loss
12    of value approach is feasible, reliable, and
13    reproducible. Do you see that?
14 A. Yes.
15 Q. What's the importance of a survey's being
16    reproducible?
17         MR. GALLAGHER: Objection to the form.
18    Outside his area of expertise, but go ahead.
19 A. As in all forms of scientific inquiry, a survey
20    result will have higher reliability and credibility if
21    it can be reproduced by others. That's the
22    importance.
23 Q. And in making loss of value calculations based upon
24    the Knowledge Network survey, you were assuming its
25    reliability without testing its reliability; is that

43 (Pages 454 to 457)