# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BARBARA SCHWAB et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHILIP MORRIS USA, INC. et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. CV-04-1945, N.Y

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT
★ FEB 2 8 2005 ★
BROOKLYN OFFICE

## MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CO-LEAD COUNSEL

Plaintiffs bring claims under the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1962(c) and (d), on behalf of a class of individuals who were defrauded into purchasing "light" cigarettes by Defendants' decades-long scheme to portray "light" cigarettes as safer and less harmful than "regular" cigarettes. Defendants knew, however, that "light" cigarettes were not safer or less harmful than "regular" cigarettes and may, in fact, be more hazardous than "regular" cigarettes. As a result of this fraud, Plaintiff have been harmed financially and seek to recover economic damages unrelated to personal injury.

Pursuant to Federal Rule of Civil Procedure 23, Plaintiffs hereby move for certification of this action as a class action and for the appointment of class counsel. Plaintiffs respectfully request that the Court certify the following class:

> All United States residents who purchased in the United States, not for resale, cigarettes labeled as "Lights" and/or "Light" (collectively "light cigarettes") that were manufactured and/or sold by Defendants during the period commencing on the first date that

Defendants began selling light cigarettes until the date trial commences, and who are not, as of the date of trial, members of a certified state class seeking economic damages stemming from their purchases of light cigarettes. Excluded from the Class are individuals who are directors and officers of the Defendants' corporations, their parents, subsidiaries and/or affiliates, the Judge handling this case and members of his or her immediate family and the Judge's staff.

As set forth in Plaintiffs' Memorandum of Law (filed under seal), the proposed class and the named plaintiffs satisfy all of the Rule 23 requirements. The class and named plaintiffs meet the Rule 23(a) requirements of numerosity, commonality, typicality and adequacy. In addition, the class also satisfies the Rule 23(b)(3) requirements that common issues predominate and can be shown through common proof and that a class action is a superior method of trying these claims. Finally, Plaintiffs' injunctive claims are proper for certification under Rule 23(b)(2).

Plaintiffs also respectfully request that this Court appoint Barbara Schwab, Susan Bailey, Barbara Bishop, Trevor Campbell, Fergal Furlong, David Rogers, Patricia Scocozza, and Jim Sherman as representative plaintiffs and appoint Cohen, Milstein, Hausfeld & Toll, P.L.L.C. and Finkelstein, Thompson, & Loughran as Co-Lead Class Counsel in accordance with Federal Rule of Civil Procedure 23(g). The grounds for this motion are set forth in detail in Plaintiffs' Memorandum of Law.

Dated: February 28, 2005

2

Respectfully submitted,

Linda P. Nussbaum (LN-9336)
Susan R. Schwaiger (SS-8653)
Sean K. McElligott (SM-4770)
COHEN, MILSTEIN, HAUSFELD
  & TOLL, P.L.L.C.
150 East 52nd Street
Thirtieth Floor
New York, NY 10022-6017
Phone:  (212) 838-7797
Fax:  (212) 838-7745

Herbert E. Milstein
Michael D. Hausfeld
Lisa M. Mezzetti
Paul T. Gallagher
Douglas J. McNamara
James J. Pizzirusso
COHEN, MILSTEIN, HAUSFELD
  & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Phone:  (202) 408-4600
Fax:  (202) 408-4699

Burton H. Finkelstein
William P. Butterfield
Richard M. Volin
Hilary K. Ratway
FINKELSTEIN, THOMPSON & LOUGHRAN
1050 30th Street, N.W.
Washington, DC  20007
Phone:  (202) 337-8000
Fax:  (202) 337-8090

**LEAD ATTORNEYS FOR PLAINTIFFS**

3

**OF COUNSEL:**

Jonathan Alpert
THE ALPERT LAW FIRM
5920 River Terrace
Tampa, FL 33604
Phone:  (813) 223-4131
Fax:  (813) 228-9612

David F. Sorenson
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Phone: (215) 875-5705
Fax: (215) 875-4604

Van Bunch
BONNETT, FAIRBOURN,
   FRIEDMAN & BALINT, P.C.
57 Carriage Hill Overlook
Signal Mountain, TN 37377
Phone:  (423) 886-9736
Fax:  (602) 274-1199

Gary M. Farmer, Jr.,
FREEDLAND, FARMER,
   RUSSO & SHELLER
2665 Executive Park Dr., Suite 3
Weston, FL  33331
Phone:  (954) 467-6400
Fax:  (954) 670-2530

G. Martin Meyers
LAW OFFICES OF G. MARTIN MEYERS
35 West Main Street, Suite 106
Denville, NJ 07834
Phone:  (973) 625-0838
Fax:  (973) 625-5350

4

Lisa J. Rodriguez
TRUJILLO, RODRIGUEZ & RICHARDS, LLC
8 Kings Highway West
Haddonfield, NJ 08033
Phone: (856) 795-9002
Fax: (856) 795-9887

Thomas V. Urmy
Edward F. Haber
SHAPIRO, HABER & URMY, LLP
53 State Street
Boston, MA 02109
Phone: (617) 439-3939
Fax: (617) 439-0134

Stephen Sheller
SHELLER, LUDWIG & BADEY
1528 Walnut Street, 3rd Floor
Philadelphia, PA 19102
Phone: (215) 790-7300
Fax: (215) 546-0942

Russell Smith
E. Bryan Nace
503 Key Building
159 S. Main Street
Akron, Ohio 44308
Phone: (330) 434-7167
Fax: (330) 434-1795

Gerson Smoger
SMOGER & ASSOCIATES, LLP
3175 Monterey Blvd., Suite 3
Oakland, CA 94602
Phone: (510) 531-4529
Fax: (510) 531-4377

Esther Berezofsky
WILLIAMS, CUKER & BEREZOFSKY
210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002
Phone: (856) 667-0500
Fax: (856) 667-5133

5