## Steve Gaskin

| | |
|---|---|
| From: | Shelley Schussheim [sschussheim@ams-inc.com] |
| Sent: | Wednesday, February 16, 2005 3:16 PM |
| To: | Jrhauser@aol.com |
| Cc: | Steve Gaskin (E-mail 2) |
| Subject: | Phil Morris case |

John,

The conjoint study/studies to support both the Massachusetts and the national case have both been sold. I am in the process of executing engagement and retainment letters. The national case covers multiple brands, the MA case is specific to Marlboro. There are a few questions we should review when we talk next. Please note that both Steve and I will be out next week, but I will be reachable. Another fact that was mentioned yesterday which I confirmed today -- that Daubert hearings will take place around Aug. 10. I know that this is in the middle of Cape season, so I asked if there is any flexibility there and there isn't with this judge. So, I hope this isn't a show stopper.

I am meeting with Mark Godler tomorrow a.m. in NYC. He works with Tom Smart. We should chat sometime afterwards.

Take care.

Shelley

p.s. you did a wonderful job yesterday

---

Shelley Schussheim | Vice President | Applied Marketing Science, Inc. |
Direct: 781.684.1230x130 | Fax: 781.684.0075
sschussheim@ams-inc.com

This e-mail message and any attachments are confidential and may be privileged. If you are not the intended recipient, please notify the sender immediately by replying to this message - and destroy all copies of this message and any attachments. Thank you.

## Steve Gaskin

**From:** Jrhauser@aol.com
**Sent:** Thursday, February 17, 2005 6:43 PM
**To:** sschussheim@ams-inc.com
**Cc:** sgaskin@ams-inc.com
**Subject:** Re: Phil Morris case

In a message dated 2/17/2005 5:48:07 PM Eastern Standard Time, sschussheim@ams-inc.com writes:

> yes, I have asked for retainers. we can bill through for you, so send us your hours monthly. when do you want to talk about Novartis - I had a good meeting today in NYC.

I will try to touch base over the weekend.

John Hauser
Kirin Professor of Marketing
MIT Sloan School of Management
web.mit.edu/hauser/www
mitsloan.mit.edu/vc
jhauser@mit.edu

HAUSER 011

8/23/2005

Page 1 of 1

## Steve Gaskin

**From:** Jrhauser@aol.com
**Sent:** Friday, March 04, 2005 7:08 PM
**To:** sgaskin@ams-inc.com
**Cc:** sschussheim@ams-inc.com
**Subject:** Re: FW: Schwab Light Tobacco survey

In a message dated 3/4/2005 4:48:07 PM Eastern Standard Time, sgaskin@ams-inc.com writes:

> Dear John,
>
> Do you have time to talk to Dr. Cohen today or Monday? If you do it Monday, perhaps we could listen in?
>
> I've ordered the book with his article on light cigarettes and we should get it in a few days.
>
> Best Regards,
>
> Steve

I know Joel well. He is on the UF faculty. I just finished teaching today and will be in the classroom most of Monday. Perhaps Joel and I can talk on Tuesday.

John Hauser
Kirin Professor of Marketing
MIT Sloan School of Management
web.mit.edu/hauser/www
mitsloan.mit.edu/vc
jhauser@mit.edu

HAUSER 012

8/23/2005

Subj: **Deadline relaxed**
Date: 3/17/2005 5:22:14 PM Eastern Standard Time
From: sgaskin@ams-inc.com
To: Jrhauser@aol.com
Sent from the Internet

Dear John,

The deadline has been relaxed. We will continue building and pretesting the questionnaire carefully.

Best Regards,

Steve

HAUSER 359