```
                                                                    1

 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF NEW YORK
 2
      - - - - - - - - - - - - - - - X
 3                                  :
                                    :
 4     MCLAUGHLIN,                  :  04-CV-1945 (SMG) (JBW)
                                    :
 5                 Plaintiff,       :
                                    :
 6                                  :
         -against-                  :  United States Courthouse
 7                                  :  Brooklyn, New York
                                    :
 8                                  :
       PHILIP MORRIS, USA, INC.,    :  November 18, 2005
 9     et al.,                      :  2:00 p.m.
                                    :
10                 Defendant.       :

11

12    - - - - - - - - - - - - - - - X

13         TRANSCRIPT OF CIVIL CAUSE FOR STATUS CONFERENCE
                BEFORE THE HONORABLE STEVEN M. GOLD
14                 UNITED STATES MAGISTRATE JUDGE

15              A P P E A R A N C E S:

16    For the Plaintiff:        COHEN, MILSTEIN, HAUSFELD
                                & TOLL, P.L.L.C.
17                                 1100 New York Avenue, N.W.
                                   Suite 500, West Tower
18                                 Washington, D.C. 20005
                                BY: PAUL T. GALLAGHER, ESQ.
19                                 MICHAEL D. HAUSFELD, ESQ.
                                   BRENT W. LANDAU, ESQ.
20
      For the Defendant:        ARNOLD & PORTER, LLP
21    Philip Morris USA, Inc.      555 Twelfth Street, N.W.
                                   Washington, D.C. 20004-1206
22                              BY: MURRAY R. GARNICK, ESQ.
                                   THEODORE M. GROSSMAN, ESQ.
23                                 JUDITH BERNSTEIN-GAETA, ESQ.

24    For the Defendant:        GREENBERG TRAURIG
      Lorillard Tobacco Co.        Met Life Building
25                                 200 Park Avenue
                                   New York, New York 10166


              Anthony D. Frisolone, CSR, RMR, CRR, CRI
                Official U.S. District Court Reporter
```

Status Conference

14

```
 1   If you want to add to what's in the letter, that's fine,
 2   but I feel equipped by your submission to lead the
 3   discussion.  If you'll allow me to start, but if I'm
 4   overlooking something that's happened since be happy to
 5   interject.
 6              MR. GROSSMAN:  I don't think you're overlooking
 7   anything.  We have everything in the letter, a chronology
 8   of the requests that we've made and, in fact, the
 9   materials that we've requested which have not been
10   submitted.  I can enumerate those but we're trying to work
11   it out with the plaintiffs, so I think --
12              THE COURT:  Does anybody feel -- do the
13   plaintiffs feel that it is ripe and to the point where you
14   like the Court's ruling?
15              MR. GALLAGHER:  We're well on the way we've.
16   Produced almost everything and the remainder can be
17   resolved between the parties.
18              MR. GROSSMAN:  And, of course, Dr. Hauser will
19   be submitting a new opinion as well.  I assume on December
20   15th.
21              THE COURT:  Well, your letter says the 17th
22   which makes me think the 15th is a weekend, so let's
23   change everything to the 17th because if it's
24   Mr. Grossman's letter I'm sure it is a date.
25              MR. GROSSMAN:  The 15th would work.
```

Status Conference

15

1         THE COURT: The 19th?

2         MR. GROSSMAN: That's fine.

3         THE COURT: That's what I get for relying

4 upon --

5         MR. GROSSMAN: On me.

6         THE COURT: -- a large firm's expertise at these

7 technicalities over the small chambers that we struggle

8 along with. Okay, so let's change the 17th to the 19th

9 and I'm not sure whether I should address my questions to

10 Mr. Hauser or to Mr. Gallagher, but is December 19th for

11 Dr. Hauser's new report still a date you anticipate

12 meeting?

13         MR. GALLAGHER: Yes, we think we can meet that

14 date, Your Honor.

15         THE COURT: Great. Let's go through and deal

16 with all the report dates and then we can go back and talk

17 about the depositions.

18         Again, treating December 17th as December 19th,

19 do we have the same expectations with Dr. Beyer and are

20 there any reliance material debates that you anticipate

21 that you would like to tell me about now or are they best

22 reserved for further discussion if need be?

23         MR. GARNICK: That both Dr. Hauser and

24 Dr. Harris' reliance materials obviously will take the

25 form in part of electronic analysis and that kind of thing

16

1   which Your Honor has spelled out what reliance materials
2   will be included and it will be very important for us to
3   get that material as soon as possible since, especially
4   with respect to Hauser and Beyer, the report tells us very
5   little.  It's the reliance materials --
6           THE COURT:  These are the statistical models?
7           MR. GARNICK:  Yes, Your Honor.
8           THE COURT:  I understand that and the record
9   reflects your emphasis upon it.  Give me just a minute,
10  it's too much for me to memorize, so give me a moment to
11  read your paragraph about Dr. Harris if you would.
12          (Pause.)
13          THE COURT: Have the defendants now received the
14  back-up materials that are referenced here?
15          MR. GROSSMAN:  We have received some, Your
16  Honor.  We have received the materials that Dr. Harris
17  himself generated, but his report is explicitly predicated
18  upon Dr. Hauser's study.
19          If you go back, if you recall in his earlier
20  reports of February 28th and March 28th, Dr. Harris had
21  two calculations, two separate calculations.  One was
22  called "A Loss of Market Model Calculation," the other was
23  called "A Loss of Value Calculation."
24          The loss of value was based upon an Internet
25  survey conducted by Knowledge Networks and we took