Page 1

```
01
02                        :
03   SCHWAB, et al.,      :
04                        :  CV-04-1945 (JBW)(SMG)
05          Plaintiffs,   :
06                        :  October 26, 2005
07        v.              :
08                        :  Brooklyn, New York
09   PHILLIP MORRIS, INC.,:
10   et al.,              :
11          Defendants.   :
12                        :
13   ---------------------X
14
15
16   TRANSCRIPT OF CIVIL CAUSE FOR TELEPHONE CONFERENCE
17   BEFORE THE HONORABLE STEVEN M. GOLD
18   UNITED STATES MAGISTRATE JUDGE
19
20   APPEARANCES:
21
22   For the Plaintiff:   MR. HAUSFELD, ESQ.
23
24
25
26   For the Defendant:   TED GROSSMAN, ESQ.
27       MURRAY GARNICK, ESQ.
28
29
30   Court Transcriber:   ARIA TRANSCRIPTIONS
31       c/o Elizabeth Barron
32       328 President Street, #3
33       Brooklyn, New York 11231
34               (718) 522-2335
35
36
37
38
39
40
41   Proceedings recorded by electronic sound recording,
42   transcript produced by transcription service
```

W/DA93534

Page 6

01  all of the different witnesses as you folks are, so it's
02  harder for me to jump around.
03      So I guess we're starting with Hauser. Why don't
04  we see then if we can find a deposition date that's
05  agreeable to everybody for Dr. Hauser, while we're on the
06  phone together, on the assumption that you'll work these
07  remaining issues out in the near future.
08      What date would the defendants like to depose Dr.
09  Hauser?
10      MR. GARNICK: Your Honor, this is Murray Garnick.
11  I thought from reading the plaintiff's submissions that
12  we're going to be getting a new Hauser report. Is that not
13  true?
14      MR. HAUSFELD: Mr. Garnick, your Honor, is
15  correct. If plaintiffs are permitted or authorized to
16  proceed with the suggestion contained in the Court's
17  decision with respect to the statute of limitations, there
18  will be a new survey to respond precisely to the Court's
19  suggestion.
20      THE COURT: I thought that was Dr. Byer.
21      MR. HAUSFELD: Dr. Hauser will do that survey, and
22  we're prepared to proceed in this matter. If they want to
23  take Dr. Hauser now --
24      THE COURT: No, they don't.
25      MR. HAUSFELD: -- and then wait for the next

W0DA93539

Page 22

```
01
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18    I certify that the foregoing is a correct transcript
19    from the electronic sound recording of the proceedings in
20    the above-entitled matter.
21
22
23
24
25    ELIZABETH BARRON              October 27, 2005
```