# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA SCHWAB et al., individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) | Civ. Action No. 04-CV-1945 (JBW) (SMG) |
| PHILIP MORRIS USA INC. et al., ) ) | |
| Defendants. ) ) | |

## Stipulation Of Dismissal With Prejudice

The parties hereby stipulate to a dismissal of this action with prejudice pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  It is understood and agreed that each party shall

bear its own costs and expenses.


DATED: July 13, 2010                                Respectfully submitted,


                                                    _Benjamin D. Brown_

                                                    Benjamin D. Brown
                                                    COHEN MILSTEIN SELLERS &
                                                         TOLL PLLC
                                                    1100 New York Avenue, NW
                                                    Suite 500, West Tower
                                                    Washington, DC  20005
                                                    Phone:      (202) 408-4600
                                                    Fax:        (202) 408-4699

Burton H. Finkelstein
Richard M. Volin
FINKELSTEIN, THOMPSON
    & LOUGHRAN
1050 30th Street, NW
Washington, DC  20007
Phone:     (202) 337-8000
Fax:        (202) 337-8090

*Attorneys for Plaintiffs*

Judith Bernstein-Gaeta
James M. Rosenthal

555 Twelfth Street, N.W.
Washington, D.C.  20004
(202) 942-5000

*Attorneys for Defendant Philip Morris USA
Inc.*

Theodore M. Grossman
Mark A. Belasic
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114-1190
(216) 586-3939

– and –

Todd R. Geremia
JONES DAY
222 East 41st Street
New York, New York  10017-6702
(212) 326-3939

*Attorneys for Defendant R.J. Reynolds
Tobacco Co. and Defendant Brown &
Williamson Tobacco Holdings (f/k/a/ Brown
& Williamson Tobacco Corporation),*

2

*individually and as successor by merger to
The American Tobacco Company*

Alan Mansfield
Stephen Saxl
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York  10166
(212) 801-9200

– and –

William L. Allinder
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, Missouri  64108-2613
(816) 474-6550

*Attorneys for Defendant Lorillard Tobacco
Company*

Guy Miller Struve
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York  10017
(212) 450-4000

*Attorneys for Defendant Altria Group, Inc.*

Joseph G. Falcone
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York  10112
(212) 408-1082

*Attorneys for Defendants British American
Tobacco (Investments) Limited and B.A.T
Industries p.l.c. (reserving all defenses
including lack of personal jurisdiction)*

3

Julie R. Fischer
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
(212) 506-1769

*Attorneys for Liggett Group LLC*

4